**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF ARIZONA

Case number *(if known)* _____ Chapter **7**

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
**04/20**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **R.W. Lynch Co., Inc.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | **DBA  Injury Help Line** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **68-0053389** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** <br><br> **2151 E. Broadway Road, No. 204** <br> **Tempe, AZ 85282** <br> Number, Street, City, State & ZIP Code <br><br> **Maricopa** <br> County | **Mailing address, if different from principal place of business** <br><br> _____ <br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> _____ <br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.rwlynch.com; www.injuryhelpline.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B)

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| District | _____ | When _____ | Case number _____ |
| District | _____ | When _____ | Case number _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | _____ | Relationship | _____ |
|---|---|---|---|
| District | _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in**       *Check all that apply:*
**this district?**

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or**         ☑ No
**have possession of any**
**real property or personal**          ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.
**property that needs**
**immediate attention?**
                                       **Why does the property need immediate attention?** *(Check all that apply.)*

                                       ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
                                          What is the hazard? _____

                                       ☐ It needs to be physically secured or protected from the weather.

                                       ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                                       ☐ Other _____
                                       **Where is the property?** _____
                                                                 Number, Street, City, State & ZIP Code
                                       **Is the property insured?**

                                       ☐ No

                                       ☐ Yes.  Insurance agency  _____

                                                Contact name     _____

                                                Phone            _____

---

██  **Statistical and administrative information**

**13. Debtor's estimation of**    .    *Check one:*
**available funds**
                                       ☐ Funds will be available for distribution to unsecured creditors.

                                       ☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of**       ☐ 1-49                    ☐ 1,000-5,000              ☐ 25,001-50,000
**creditors**                     ☐ 50-99                   ☐ 5001-10,000              ☐ 50,001-100,000
                                  ☑ 100-199                 ☐ 10,001-25,000            ☐ More than100,000
                                  ☐ 200-999

**15. Estimated Assets**          ☑ $0 - $50,000            ☐ $1,000,001 - $10 million          ☐ $500,000,001 - $1 billion
                                  ☐ $50,001 - $100,000      ☐ $10,000,001 - $50 million         ☐ $1,000,000,001 - $10 billion
                                  ☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
                                  ☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million       ☐ More than $50 billion

**16. Estimated liabilities**     ☐ $0 - $50,000            ☑ $1,000,001 - $10 million          ☐ $500,000,001 - $1 billion
                                  ☐ $50,001 - $100,000      ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
                                  ☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
                                  ☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million       ☐ More than $50 billion

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 17, 2020**
              MM / DD / YYYY

**X** **/s/ Randall W. Lynch**                              **Randall W. Lynch**
Signature of authorized representative of debtor            Printed name

                                                           _____
                                                           Email Address of debtor

Title   **Chairman/Director**

**18. Signature of attorney**

**X** **/s/ Bradley D. Pack**                    Date  **June 17, 2020**
Signature of attorney for debtor                       MM / DD / YYYY

**Bradley D. Pack 023973**
Printed name

**Engelman Berger, P.C.**
Firm name

**2800 North Central Avenue**
**Suite 1200**
**Phoenix, AZ 85004**
Number, Street, City, State & ZIP Code

Contact phone   **602.271.9090**      Email address   **bdp@eblawyers.com**

**023973 AZ**
Bar number and State

**WRITTEN CONSENT IN LIEU OF MEETING**
**OF BOARD OF DIRECTORS OF**
**R.W. LYNCH CO., INC., an Arizona corporation**

**Randall W. Lynch, Lisa K. Lynch** and **Brian Lynch,** being the Directors of **R.W. LYNCH CO., INC.,** a California corporation (the "Company"), acting by written consent in lieu of meeting, hereby approve, adopt, ratify and confirm the following resolutions:

> WHEREAS, the Directors are empowered to manage the business and affairs of the Company; and

> IT IS HEREBY RESOLVED, that in the business judgment of the Directors, it is desirable and in the best interests of the Company that a voluntary petition for relief be filed by the Company under the provisions of Chapter 7 of the United States Bankruptcy Code; and

> RESOLVED FURTHER, that the Directors hereby ratify and approve retention of Engelman Berger, P.C. as bankruptcy counsel for the Company and authorize counsel to file a voluntary petition commencing a Chapter 7 bankruptcy proceeding; and

> RESOLVED FURTHER, that Randall W. Lynch is authorized and directed, on behalf of and in the name of the Company, to execute a petition for relief under Chapter 7 of the United States Bankruptcy Code and such other papers as may be appropriate as part of the liquidation process and to cause the same to be filed in the United States Bankruptcy Court for the District of Arizona; and

> RESOLVED FURTHER, that Randall W. Lynch is hereby authorized to execute and deliver all such instruments and to do such acts and things as he may deem requisite and desirable in furtherance of the purposes of the foregoing resolutions.

1 {0006099.0001/01089795.DOCX / }

IN WITNESS WHEREOF, the undersigned have executed this Consent to be effective as of May 1, 2020.

R.W. LYNCH CO., INC.,
an Arizona corporation

By: _____
Randall W. Lynch
Its: Director

By: _____
Lisa K. Lynch
Its: Director

By: _____
Brian Lynch
Its: Director

2 {0006099.0001/01089795.DOCX / }

**Fill in this information to identify the case:**

Debtor name    **R.W. Lynch Co., Inc.**

United States Bankruptcy Court for the:    **DISTRICT OF ARIZONA**

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 17, 2020**     X **/s/ Randall W. Lynch**
                                                 Signature of individual signing on behalf of debtor

                                            **Randall W. Lynch**
                                            Printed name

                                            **Chairman/Director**
                                            Position or relationship to debtor

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

---

**Part 1:**   **Summary of Assets**

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*......................................................................................   $      **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*....................................................................................   $      **0.00**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*......................................................................................   $      **0.00**

---

**Part 2:**   **Summary of Liabilities**

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $      **98,699.00**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................   $      **430,216.70**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................   +$      **5,803,842.19**

4.   **Total liabilities** ...............................................................................................................
    Lines 2 + 3a + 3b     $      **6,332,757.89**

**Fill in this information to identify the case:**

Debtor name    **R.W. Lynch Co., Inc.**

United States Bankruptcy Court for the:    DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

■ No. Go to Part 2.
☐ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**      **Current value of debtor's interest**

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11b. Over 90 days old:    **0.00**   -   **0.00** =....    **Unknown**
     face amount        doubtful or uncollectible accounts

12.    **Total of Part 3.**
     Current value on lines 11a + 11b = line 12. Copy the total to line 82.      **$0.00**

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **Office decor and boxes of files located at Arizona location** | **$0.00** | | **$0.00** |
| **Office furnishings, fixtures and equipment left at Debtor's California location Debtor could not recover before Landlord instituted lock out** | **Unknown** | | **Unknown** |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software Dell computer equipment and peripherals Abandoned at Debtor's California location (landlord instituted lockout before Debtor could recover)** | **Unknown** | | **Unknown** |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| **$0.00** |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Case 2:20-bk-07265-BKM    Doc 1    Filed 06/17/20    Entered 06/17/20 13:58:56    Desc
Main Document    Page 10 of 133

☐ Yes Fill in the information below.

| Part 9: | Real property |
| --- | --- |

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.

■ Yes Fill in the information below.

55.     **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 55.1.  **Building located at 2151 E. Broadway Road, No. 204, Tempe, AZ 85282 Debtor has surrendered premises; Debtor is unaware if Sublessee has terminated the Sublease.  See Schedule G.** | **Subleasehold Interest** | **$0.00** | | **$0.00** |

56.     **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

|  |
| --- |
| **$0.00** |

57.     **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58.     **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
| --- | --- |

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 60.     **Patents, copyrights, trademarks, and trade secrets**<br>**Trademark on "Injury Helpline," USPTO Registration No. 1515902, "RW Lynch," USPTO Registration No. 4996921, and a others (Registration Nos. 4997899, 4993005, 3638342, 2188036, 1935049); inactive Registration No. 73838857** | | **Unknown** | **Unknown** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

61.    **Internet domain names and websites**
       **www.injuryhelpline.com; www.rwlynch.com**_____    $0.00 _____    $0.00

62.    **Licenses, franchises, and royalties**

63.    **Customer lists, mailing lists, or other compilations**
       **Business files**_____    $0.00 _____    $0.00

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**                                                              $0.00
       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
       ☐ No
       ■ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*...................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $0.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $0.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **R.W. Lynch Co., Inc.**

United States Bankruptcy Court for the:    DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ **No.** Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ **Yes.** Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

| | | |
|---|---|---|
| **2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |

| 2.1 | **American Express Bank, FSB**<br>Creditor's Name | **Describe debtor's property that is subject to a lien**<br>**All assets** | $31,557.00 | $0.00 |
|---|---|---|---|---|

**4315 S. 2700 West**
**Salt Lake City, UT 84184**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2015**
**Last 4 digits of account number**
**5247**

**Describe the lien**
**UCC**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 | **Corporation Service Co., as Agent**<br>Creditor's Name | **Describe debtor's property that is subject to a lien**<br>**Over 90 days old: Accounts Receivable - Debtor has executory contracts for which payment may be owed to Debtor, but anticipates defenses to payment would be asserted. Therefore, the value of any accounts receivable is unknown.** | **Unknown** | **Unknown** |
|---|---|---|---|---|

**P.O. Box 2576**
**Springfield, IL 62708**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2018**

**Describe the lien**
**UCC**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number
**9331**

Do multiple creditors have an interest in the same property?

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

---

| 2.3 | **Dell Financial Services LLC** | Describe debtor's property that is subject to a lien | **Unknown** | **Unknown** |
| --- | --- | --- | --- | --- |

Creditor's Name

**Mail stop PS2DF-23 One Dell Way Round Rock, TX 78682**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**Dell computer equipment and peripherals Abandoned at Debtor's California location (landlord instituted lockout before Debtor could recover)**

Describe the lien
**UCC**

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**2010**

Last 4 digits of account number
**0792**

Do multiple creditors have an interest in the same property?

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.4 | **JPMorgan Chase Bank** | Describe debtor's property that is subject to a lien | **$67,142.00** | **$0.00** |
| --- | --- | --- | --- | --- |

Creditor's Name

**201 N. Central Avenue Phoenix, AZ 85004**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**Land Rover-vehicle has been surrendered; Debtor unaware whether creditor has completed foreclosure sale and does not know if there is a deficiency**

Describe the lien

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.5 | **Silver Capital** | Describe debtor's property that is subject to a lien | **$0.00** | **$0.00** |
| --- | --- | --- | --- | --- |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Creditor's Name

**1022 Avenue M**
**Brooklyn, NY 11230**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**9/4/18**

**Last 4 digits of account number**

**1138**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**All assets - Debtor believes that the loan was paid in full but UCC lien was not terminated.**

**Describe the lien**

**UCC**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$98,699.00**

---

**Part 2:** **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor name    **R.W. Lynch Co., Inc.**

United States Bankruptcy Court for the:    DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims    **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Annette Pedraza**<br>**5377 Rainflower Drive**<br>**Livermore, CA 94551-1366** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$9,401.48** | **$9,401.48** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid vacation** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**Arizona Department of Economic<br>Security<br>PO Box 6028<br>Phoenix, AZ 85005-6028** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,919.24** | **Unknown** |
| | Date or dates debt was incurred<br>**01/2019 and 02/2019** | Basis for the claim:<br>**Unemployment taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     30352     Best Case Bankruptcy

Case 2:20-bk-07265-BKM    Doc 1    Filed 06/17/20    Entered 06/17/20 13:58:56    Desc
Main Document     Page 17 of 133

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $7,240.86 | Unknown |
|---|---|---|---|---|
| | **Arizona Department of Revenue**<br>**Attention: Bankruptcy Section**<br>**1600 West Monroe**<br>**Phoenix, AZ 85007** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**Period ending 6/30/19** | Basis for the claim:<br>**Withholding Taxes** | | |
| | Last 4 digits of account number **4294**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $32,941.08 | $13,650.00 |
|---|---|---|---|---|
| | **Brian Lynch**<br>**2475 Valejo St., No. 1**<br>**San Francisco, CA 94123-4638** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid vacation** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $2,429.41 | $2,429.41 |
|---|---|---|---|---|
| | **Carl Cannon**<br>**3600 W. Ray Road**<br>**Chandler, AZ 85226** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $16,451.06 | $13,650.00 |
|---|---|---|---|---|
| | **Cynthia Ong Caruana**<br>**3901 Lickmill Blvd., No. 422**<br>**Santa Clara, CA 95054** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid wages and vacation** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $36,443.07 | $13,650.00 |
|---|---|---|---|---|

**David Wahl**
**424 Sycamre Cir.**
**Danville, CA 94526**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Claims in litigation for unpaid wages and vacation**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,000.00 | $7,000.00 |
|---|---|---|---|---|

**Erin Olson**
**c/o Olsonworks Consulting**
**71 Stevensen Street, Ste. 400**
**San Francisco, CA 94105**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25,253.67 | Unknown |
|---|---|---|---|---|

**Internal Revenue Service**
**Centralized Insolvency Operations**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Period ending 9/30/19**

Basis for the claim:
**Payroll taxes**

Last 4 digits of account number **1348**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $805.18 | $805.18 |
|---|---|---|---|---|

**Janice Elgin**
**315 S 6TH AVE # 35**
**Avondale, AZ 85323**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,290.75 | $8,290.75 |
|------|--------|--------|--------|--------|

**Juan Visperas**
**4058 Heirloom Ln.**
**Tracy, CA 95377**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,600.00 | $1,600.00 |
|------|--------|--------|--------|--------|

**Kathleen Pashote**
**13268 Emerald Bay Court**
**Lathrop, CA 95330**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,800.00 | $4,800.00 |
|------|--------|--------|--------|--------|

**Kenneth Weigend**
**324 N 62nd St.**
**Mesa, AZ 85205**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,600.75 | $9,600.75 |
|------|--------|--------|--------|--------|

**Kyong-Chin Mun**
**12109 W Saguaro Ln.**
**El Mirage, AZ 85335**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages and vacation**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Case 2:20-bk-07265-BKM    Doc 1    Filed 06/17/20    Entered 06/17/20 13:58:56    Desc
Main Document     Page 20 of 133

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $27,338.51 | $13,650.00 |
|---|---|---|---|---|

**Marvin Michael Smith**
**726 Washington St.**
**Delano, CA 93215**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19,585.80 | $13,650.00 |
|---|---|---|---|---|

**Michele Biggs**
**9796 Belladonna Dr.**
**San Ramon, CA 94582**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages and vacation**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $63,866.28 | Unknown |
|---|---|---|---|---|

**State of California - EDD**
**745 Franklin Street, Suite 400**
**San Francisco, CA 94120**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Q3 and Q4, 2018**

Basis for the claim:
**Taxes**

Last 4 digits of account number **6096**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $16,954.49 | Unknown |
|---|---|---|---|---|

**State of California - EDD**
**745 Franklin Street, Suite 400**
**San Francisco, CA 94120**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/1/18 - 12/31/18**

Basis for the claim:
**Taxes - Contra Costa**

Last 4 digits of account number **0608**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $16,956.49 | Unknown |
|---|---|---|---|---|

**State of California - EDD**
**745 Franklin Street, Suite 400**
**San Francisco, CA 94120**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/1/2018 - 12/31/2018**

Basis for the claim:
**Taxes - Secretary of State**

Last 4 digits of account number **3472**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $43,253.44 | Unknown |
|---|---|---|---|---|

**State of California - EDD**
**745 Franklin Street, Suite 400**
**San Francisco, CA 94120**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**07/01/2018 - 09/30/2018**

Basis for the claim:
**Taxes - Contra Costa**

Last 4 digits of account number **3008**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $43,255.44 | Unknown |
|---|---|---|---|---|

**State of California - EDD**
**745 Franklin Street, Suite 400**
**San Francisco, CA 94120**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**07/01/2018 - 09/30/2018**

Basis for the claim:
**Taxes - Secretary of State**

Last 4 digits of account number **2288**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,137.80 | Unknown |
|---|---|---|---|---|

**State of California - EDD**
**745 Franklin St., Ste. 400**
**San Francisco, CA 94120**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Period ending 6/30/18**

Basis for the claim:
**Taxes**

Last 4 digits of account number **0048**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Case 2:20-bk-07265-BKM    Doc 1    Filed 06/17/20    Entered 06/17/20 13:58:56    Desc
Main Document    Page 22 of 133

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $25,560.86 | $25,560.86 |
|---|---|---|---|---|

**State of California -Labor Commissioner**
**1515 Clay St., Ste. 801**
**Oakland, CA 94612**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date or dates debt was incurred

**2019**

Basis for the claim:
**Claim of State Labor Commissioner for nonpayment of wages**

Last 4 digits of account number **46CW**

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $6,131.04 | $6,131.04 |
|---|---|---|---|---|

**Tim Pizzitola**
**13475 N 103rd Way**
**Scottsdale, AZ 85260**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Disputed claim for unpaid wages - should be credited by chargebacks never returned to Company for unpaid client services**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

- ☐ No
- ■ Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,107.43 |
|---|---|---|---|

**AAA Office Supplies**
**18914 142nd Ave NE #155**
**Woodinville, WA 98072**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,500.00 |
|---|---|---|---|

**Aetna**
**151 Farmington Ave.**
**Hartford, CT 06156**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **2017**

Last 4 digits of account number

Basis for the claim: **Unpaid premium 2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**All "Purchasers" Under "Advertising Servicing Agreements" SEE ATTACHED EXHIBIT**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential claims for breach of contract; parties with known addresses are listed on Schedule G**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4** Nonpriority creditor's name and mailing address
**Altus Receivable**
**2400 Veterans Memorial Blvd., Suite 300**
**Kenner, LA 70062**

Date(s) debt was incurred ___
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Software charges__

Is the claim subject to offset? ■ No ☐ Yes

$3,000.00

---

**3.5** Nonpriority creditor's name and mailing address
**American Justice Magazine**
**321 North Clark Street**
**Chicago, IL 60654**

Date(s) debt was incurred ___
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Advertising__

Is the claim subject to offset? ■ No ☐ Yes

$47,976.00

---

**3.6** Nonpriority creditor's name and mailing address
**Anthem Blue Cross**
**c/o The Receivable Management Svs LLC**
**P.O. Box 19646**
**Minneapolis, MN 55419**

Date(s) debt was incurred ___
Last 4 digits of account number __9164;4500__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Unpaid premiums__

Is the claim subject to offset? ■ No ☐ Yes

$13,504.00

---

**3.7** Nonpriority creditor's name and mailing address
**Anthony Ramirez**
**Unable to locate**

Date(s) debt was incurred ___
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Judgment__

Is the claim subject to offset? ■ No ☐ Yes

$3,935.77

---

**3.8** Nonpriority creditor's name and mailing address
**AT&T**
**c/o Bankruptcy**
**4331 Communications Dr., Fl. 4W**
**Dallas, TX 75211**

Date(s) debt was incurred ___
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Unpaid phone charges__

Is the claim subject to offset? ■ No ☐ Yes

$3,831.94

---

**3.9** Nonpriority creditor's name and mailing address
**Bass & Rubinowitz**
**420 Jericho Turnpike**
**Jericho, NY 11753**

Date(s) debt was incurred ___
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Civil complaint - claims against business__

Is the claim subject to offset? ■ No ☐ Yes

$87,028.11

---

**3.10** Nonpriority creditor's name and mailing address
**Bauman & Kunkis**
**225 W 34th St #2208**
**New York, NY 10122**

Date(s) debt was incurred ___
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Civil Judgment__

Is the claim subject to offset? ■ No ☐ Yes

$7,354.70

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,479.00 |
|---|---|---|---|

**Bay Alarm**
1406 W 14th St
Tempe, AZ 85281

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Alarm system

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,670.06 |
|---|---|---|---|

**Bennett Lane Winery**
c/o Randall Lynch
10810 N. Tatum Blvd., Ste. 102-324
Phoenix, AZ 85028

Date(s) debt was incurred  2019

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Loans to Company

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48,000.00 |
|---|---|---|---|

**BPM Accounting and Consulting**
600 California St., Ste. 600
San Francisco, CA 94108

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Accounting services

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $335,358.00 |
|---|---|---|---|

**Brian Lynch**
2475 Valejo St., No. 1
San Francisco, CA 94123-4638

Date(s) debt was incurred  2015 - 2019

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Personal Loans to Company

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $337.08 |
|---|---|---|---|

**Bubbles of Joy**
75 W Baseline Rd #25
Gilbert, AZ 85233

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Office party supplies

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $759.83 |
|---|---|---|---|

**California Chamber of Commerce**
1215 K Street, Suite 1400
Sacramento, CA 95814

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Subscription

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,665.00 |
|---|---|---|---|

**CBR Technology**
15581 Sunburst Lane
Huntington Beach, CA 92647

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Accounting software

Is the claim subject to offset? ■ No ☐ Yes

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,465,304.00 |
|---|---|---|---|

**Center Plaza SR LLC**
**c/o Aviv L. Tuchman, Tuchman & Associate**
**6080 W. Pico Blvd.**
**Los Angeles, CA 90035**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019__

Basis for the claim: **Claims in litigation (forcible entry and detainer)**

Last 4 digits of account number __2245__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $395.00 |
|---|---|---|---|

**Choice Carrer Fairs**
**8550 W. Desert Inn Rd. Suite 102-204**
**Las Vegas, NV 89117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Phoenix job fair fees**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $735.00 |
|---|---|---|---|

**Comfort USA**
**6875 W Galveston St,**
**Chandler, AZ 85226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Carpet maintenance**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,867.62 |
|---|---|---|---|

**Corodata**
**740 National Court**
**Richmond, CA 94804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Storage charges**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,115.00 |
|---|---|---|---|

**Cox Busienss Services**
**PO Box 53249**
**Phoenix, AZ 85072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Internet charges**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,660.00 |
|---|---|---|---|

**Cynthia Roberts**
**Unable to locate**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Judgment**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,638.75 |
|---|---|---|---|

**Dialogtech**
**120 S Riverside Plaza, Ste. 1100**
**Chicago, IL 60606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Technical services**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43,356.15 |
|---|---|---|---|

**Diner's Club**
P.O. Box 6002
Carol Stream, IL 60197

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Credit Card

Is the claim subject to offset? ■ No  ☐ Yes

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,046.00 |
|---|---|---|---|

**Docusign**
NACM, Bus Credit Serv, Collection Div.
910 SW Spokane St., Bldg. A
Seattle, WA 98134

Date(s) debt was incurred _

Last 4 digits of account number  8231

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Signing Software

Is the claim subject to offset? ■ No  ☐ Yes

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Durbin Law Firm, PLLC**
1602 S. Main Street
Tulsa, OK 74119

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential claim for breach of contract; request for refund

Is the claim subject to offset? ■ No  ☐ Yes

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $70,705.00 |
|---|---|---|---|

**Elavon, Inc.**
c/o Scott Weltman, Weltman, Weinberg
323 W. Lakeside Ave., Ste. 200
Cleveland, OH 44113

Date(s) debt was incurred _

Last 4 digits of account number  7774

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No  ☐ Yes

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,000.00 |
|---|---|---|---|

**Express Employment Agency**
1798 Technology Dr., Ste. 139
San Jose, CA 95110

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Temporary employees

Is the claim subject to offset? ■ No  ☐ Yes

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $54,421.20 |
|---|---|---|---|

**Fastmetrics**
1 Hallidie Plaza #838
San Francisco, CA 94102

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Phone system

Is the claim subject to offset? ■ No  ☐ Yes

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,417.62 |
|---|---|---|---|

**FedEx**
3965 Airways, Module G
Memphis, TN 38116

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Mail charges

Is the claim subject to offset? ■ No  ☐ Yes

Case 2:20-bk-07265-BKM   Doc 1   Filed 06/17/20   Entered 06/17/20 13:58:56   Desc
Main Document    Page 27 of 133

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$32,980.07** |
|---|---|---|---|

**First American Payment Systems**
**c/o Comm. Services Group, Inc.**
**4965 U.S. Hwy. 42, Ste. 1500**
**Louisville, KY 40222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Payment collection services**

Last 4 digits of account number **4150**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15,000.00** |
|---|---|---|---|

**FreeAdvice**
**Unable to locate**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Marketing**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$780,000.00** |
|---|---|---|---|

**Google**
**1600 Ampitheatre Parkway**
**Mountain View, CA 94043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Marketing**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,936.94** |
|---|---|---|---|

**Hartford Insurance**
**690 Asylum Avenue**
**Hartford, CT 06155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Worker's Comp Insurance and Audit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,597.42** |
|---|---|---|---|

**Herzogg Insurance Co.**
**235 Main St, Pleasanton**
**Pleasanton, CA 94566**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Insurance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$18,775.50** |
|---|---|---|---|

**Hong Nguyen**
**Unable to locate**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **IT contractor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,516.90** |
|---|---|---|---|

**IPFS**
**49 Stevenson Street, Ste. 1275**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Unknown**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |
|---|---|---|---|

**isOutsourced**
**9633 S 48th St #180,**
**Phoenix, AZ 85044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **IT Contractor**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,900.00 |
|---|---|---|---|

**IT Logic**
**P.O.Box 30894**
**Kampala, Uganda**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **IT support**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,925.00 |
|---|---|---|---|

**Jensen Law, LLC**
**6111 Peachtree Dunwoody Rd., G201**
**Atlanta, GA 30328**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Client Refund Owing/Breach of Contract (Complaint filed in State Court of Fulton County, GA)**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
|---|---|---|---|

**Joel Chan**
**1425 Noiega Street**
**San Francisco, CA 94122**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Breach of Contract Claim (small claims lawsuit filed)**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,010.00 |
|---|---|---|---|

**JR Law**
**1 Columbus Center, Ste. 635**
**Virginia Beach, VA 23462**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Legal fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,500.00 |
|---|---|---|---|

**Kaiser Permanente**
**214 W. Huron**
**Chicago, IL 60654**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Insurance premiums**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|---|---|---|---|

**Kelly Services**
**960 W. Elliot Rd., Ste. 201**
**Tempe, AZ 85284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Temporary employees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Law Offices of Anthoney Deichler**
**2411 Old Crow Canyon Rd #170**
**San Ramon, CA 94583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Unknown__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Law Offices of Nino Abate**
**4850 W Glendale Ave**
**Glendale, AZ 85301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Judgment__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Law Offices of Raymond Antonacci**
**301 Highland Ave**
**Waterbury, CT 06708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |
|---|---|---|---|

**Littler Mendelson**
**333 Bush St., 34th Fl.**
**San Francisco, CA 94104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Closed account__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $677,000.00 |
|---|---|---|---|

**Lori R. Lynch**
**c/o John E. Manoogian, Esq.**
**800 S. Broadway, Ste. 304**
**Walnut Creek, CA 94596**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  __2019__

Basis for the claim:  __Claims in litigation__

Last 4 digits of account number  __4634__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,500.00 |
|---|---|---|---|

**Office Depot**
**6600 N. Military Trail**
**Boca Raton, FL 33496**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Office supplies__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |
|---|---|---|---|

**Olsonworks Consulting**
**71 Stevenson St., Ste. 400**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __IT contractor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$38,000.00** |
| --- | --- | --- | --- |

**Parente & Norem, P.C.**
**221 N. LaSalle Street, 27th Floor**
**Chicago, IL 60601**

Date(s) debt was incurred  **February 2019**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Breach of contract claim; request for refund**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,000.00** |
| --- | --- | --- | --- |

**Pitney Bowes**
**PO Box 371896**
**Pittsburgh, PA 15250**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Postage**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,656.73** |
| --- | --- | --- | --- |

**Principal Financial Group**
**801 Grand Avenue**
**Des Moines, IA 50309**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Insurance premiums**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$86,882.74** |
| --- | --- | --- | --- |

**QuanticMinds**
**c/o Glassberg, Pollak & Assoc.**
**1000 Fourth St., Ste. 570**
**San Rafael, CA 94901-3118**

Date(s) debt was incurred  **11-19-19**

Last 4 digits of account number  **0381**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Judgment**
**Judgment Lien filed as UCC-1 with California Secretary of State,**
**Filing No. 20-7756348739**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,083,883.00** |
| --- | --- | --- | --- |

**Randall and Lisa Lynch**
**10810 N. Tatum Blvd., Ste. 102-324**
**Phoenix, AZ 85028**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loans to Company**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$38,832.00** |
| --- | --- | --- | --- |

**Randall E. Kay, P.C.**
**535 Pacific Ave., Ste. 100**
**San Francisco, CA 94133**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Breach of contract claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$19,378.00** |
| --- | --- | --- | --- |

**Robert Half Legal**
**2375 E Camelback Rd, Ste. 290**
**Phoenix, AZ 85016**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Temporary hire P. Eichelberger**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,100.00** |
|---|---|---|---|

**Salesforce**
**Salesforce Tower, 3rd Floor**
**415 Mission Street**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Sales cloud__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,455.00** |
|---|---|---|---|

**Sinclair Broadcast Group**
**10706 Beaver Dam Road**
**Cockeysville, MD 21030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Advertising - TV__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,940.00** |
|---|---|---|---|

**Somos**
**Two Tower Center Blvd.**
**20th Floor**
**East Brunswick, NJ 08816**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018__

Last 4 digits of account number __0521__

Basis for the claim: __SMS/100 Phone system__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|

**Sutherland & Belsk, PLLC**
**2505 21st Ave S, Ste 400**
**Nashville, TN 37212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Client refund owing__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15,000.00** |
|---|---|---|---|

**The Pryor Law Firm, LL**
**Attn Kenneth A. Pryor**
**666 Old Country Rd., Ste. 305**
**Garden City, NY 11530**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __6647__

Basis for the claim: __Claim for breach of contract (Complaint filed in the Supreme Court of the State of New York, County of Nassau)__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13,305.00** |
|---|---|---|---|

**Travelers Insurance**
**c/o Verliance Inc.**
**43406 Business Park Drive**
**Temecula, CA 92590**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __2049__

Basis for the claim: __Premiums__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$19,935.13** |
|---|---|---|---|

**Union Bank**
**350 California Street**
**San Francisco, CA 94104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Credit card__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case 2:20-bk-07265-BKM     Doc 1     Filed 06/17/20     Entered 06/17/20 13:58:56     Desc
Main Document          Page 32 of 133

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$35,683.00** |
|---|---|---|---|

**United Healthcare**
**c/o Hinshaw Law**
**One California St., 18th Floor**
**San Francisco, CA 94111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __12/03/18__

Basis for the claim: __Premiums Q3 2018__

Last 4 digits of account number __1415,1416__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$136,000.00** |
|---|---|---|---|

**USA800**
**The Results Companies**
**100 NE Third Avenue, Ste. 200**
**Fort Lauderdale, FL 33301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Judgment - The Results Co.__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,650.00** |
|---|---|---|---|

**Valle Makoff LLP**
**388 Market Street, Suite 1300**
**San Francisco, CA 94111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,391.00** |
|---|---|---|---|

**Verizon**
**500 Technology Drive, Ste. 550**
**Saint Charles, MO 63304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Phone charges__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25,440.50** |
|---|---|---|---|

**Weigel Broadcasting Co.**
**c/o Michael Gulley, Szabo Associates**
**3355 Lenox Rd NE, Ste. 945**
**Atlanta, GA 30326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Advertising - TV__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**William Enoch Andrews**
**222 S. Main Street, Ste. 500**
**Salt Lake City, UT 84101**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __2019__

Basis for the claim: __Potential Claims for Breach of Contract__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$55,000.00** |
|---|---|---|---|

**Windstream**
**4001 North Rodney Parham Rd., Ste. 101**
**Little Rock, AR 72212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Phone system__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$65,000.00** |
| --- | --- | --- | --- |

Yahoo/Bing
701 First Avenue
Sunnyvale, CA 94089

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Marketing__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$35,000.00** |
| --- | --- | --- | --- |

YP Dep Yellow Pages aka Thryv
2200 W. Airfield Drive
P.O. Box 619810
Dallas, TX 75261

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Advertising__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$75,000.00** |
| --- | --- | --- | --- |

Zuniga Law Firm
603 W. 12th Street
Austin, TX 78701

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Unknown__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- | --- |
| 4.1 | **Szabo Associates**<br>**3355 Lenox Rd., N.E., Ste. 945**<br>**Atlanta, GA 30326** | Line  __3.71__<br><br>☐ Not listed. Explain ____ | _ |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
| --- | --- | --- | --- |
| 5a. Total claims from Part 1 | 5a. | $ | 430,216.70 |
| 5b. Total claims from Part 2 | 5b.  + | $ | 5,803,842.19 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 6,234,058.89 |

**ATTACHMENT TO SCHEDULE F - UNSECURED CREDITORS**
**LIST OF ALL PURCHASERS UNDER ADVERTISING SERVICING AGREEMENTS (POTENTIAL CLAIMANTS)**

| Name | Address1 | Address2 | City | ST | Zip |
|---|---|---|---|---|---|
| Accident Lawyers, P.A | 1063 Park Avenue | | Orange Park | FL | 32073-0000 |
| Adelia Jones Kaufman | 4312 Aylesbury Dr | | Knoxville | TN | 37918-0000 |
| Advocate Law Firm | 4 Park Plaza , Suite 360 | | Irvine | CA | 92614-0000 |
| Ainley Hoover | 200 N Poplar St | | Paris | TN | 38242-0000 |
| Akman & Associates LLC | 1402 Front Ave | | Luthervilla | MD | 21093-0000 |
| Akrash Law, LLP | 8383 Whilshire Blvd #800 | | Beverly Hills | CA | 90211-0000 |
| Alcorn Sage Schwartz & Magrath, LLP | One West 6th St | | Madison | IN | 47250-0000 |
| Anderson & Associates PC | 8900 Keystone Crossing Ste 1100 | | Indianapolis | IN | 46240-0000 |
| APELT | 20600 Chagrin Blvd #800 Tower East | | Beachwood | OH | 44122-0000 |
| Arata, Swingle, Van Egmond & Heitlinger | 1207 I Street | | Modesto | CA | 95354-0000 |
| Aspromonte | 30 Vesey St | | New York | NY | 10007-0000 |
| Barrett & Pavluk LLC | 1200 Eagle Ave #204 | | Asbury Park | NJ | 07712-0000 |
| Barron Law Firm, PLLC | 1012 W 2nd St | | Little Rock | AR | 72201-0000 |
| Bartlett Legal Group, LLC | Attn:  Frank Bartlett Jr. | 36 Wallingford Rd | Cheshire | CT | 06410-0000 |
| Bass & Rubinowitz | 420 Jericho Tpke | | Jericho | NY | 11753-0000 |
| Bence Law Firm | 544 East Glenn Ave | | Auburn | AL | 36830-0000 |
| Berg & Robeson P.C | 1217 S 6th St | | Springfield | IL | 62705-0000 |
| Beyers Law, LLC | 80 E Cedar St | | Zionsville | IN | 46077-0000 |
| Bobby Briggs Law | 502 W 6th St | | Tulsa | OK | 74119-0000 |
| Border Law Office | Attn:  Dean Border | 12300 Menaul Blvd NE | Albuquerque | NM | 87112-0000 |
| Bradley Wurster | 2436 Republican Trail Blvd | | Leander | TX | 78641-0000 |
| Bruce Kim | 3862 Noeau St #A | | Honolulu | HI | 96816-0000 |
| Bryan & Company Calgary LLP | Ste 320 8 West 903 8th Ave SW | | Calgary - Cananda TSP OP7 | | |
| Burk Schultz Harman & Jenkinson | 85 Aikens Center | | Martinsburg | WV | 25401-0000 |
| Byrd & Byrd LLC | Attn:  Toby Byrd | 14300 Gallant Fox Ln Ste 120 | Bowie | MD | 20715-0000 |
| Carabin and Shaw P.C. | 630 Broadway St | | San Antonio | TX | 78215-0000 |
| Carl A Piccarreta PC | 3507 North Campbell Ave Ste 111 | | Tucson | AZ | 85719-0000 |
| Carpani and Gordon, P.A | 14109 Overbrook Rd,  Suite B | | Leawood | KS | 66224-0000 |
| Carrieri & Carrieri PC | 200 Old Country Rd | | Mineola | NY | |
| Carter Wolden Curtis LLP | 1111 Exposition Blvd Ste 602 | | Sacramento | CA | 95815-0000 |
| Center Plaza SR LLC | c/o Aviv L. Tuchman, Tuchman & Associate | 6080 W. Pico Blvd. | Los Angeles | CA | 90035-0000 |

| Name | Address1 | Address2 | City | ST | Zip |
|---|---|---|---|---|---|
| Certa Law Group, PS | 320 Dayton St #260 | | Edmonds | WA | 98020-0000 |
| Chambers & Noronha, PC | 2070 N Tustin Ave | | Santa Ana | CA | 92705-0000 |
| Chapman Lewis and Swan | Attn: Ralph Chapman | 501 First St., PO Box 428 | Clarksdale | MS | 38614-0000 |
| Christenson Law Firm, LLP | 472 W Putnam Ave | | Porterville | CA | 93257-0000 |
| Cline Jensen OA | 125 South Mill | | Fergus Falls | MN | 56537-0000 |
| Conchin, Cloud & Cole LLC | 2404 Commerce Court | | Huntsville | AL | 35801-0000 |
| Cook, Vetter, Doerhoff & Landwehr PC | 231 Madison St | | Jefferson City | MO | 65101-0000 |
| Couch & Firth LLC | 300 Riverchase Galleria #750 | | Birmingham | AL | 35244-0000 |
| Craig J. Olsen | 8875 Hidden River Pkwy. | | Tampa | FL | 33637-0000 |
| Cressman Law Firm PA | 13350 W. Colonial Dr #350 | | Winter Garden | FL | 34787-0000 |
| Cristobal M Galindo PC | 4151 Southwest Freeway Ste 602 | | Houston | TX | 77027-0000 |
| D Baker McIntyre, III Attorney | 209 E Woodlawn Rd Ste 118 | | Charlotte | NC | 28217-0000 |
| Daniel M Roddy LLC | 13321 S Outer Forty Rd #100 | | Chesterfield | MO | 63017-0000 |
| David Conway | 124C South Goose Creek Blvd | PO Box 938 | Goose Creek | SC | 29445-0000 |
| Deakle Scholtis & Hamil LLC | 160 Congress Street | | Mobile | AL | 36603-0000 |
| Dean Waite & Associates LLC | 412 Dauphin St #BB | | Mobile | AL | 36602-0000 |
| Dennis A Lopez and Associates | 210 N Pierce St. | | Tampa | FL | 33602-0000 |
| Devkota Law Firm, LLC | 4010 Washington St Suite 350 | | Kansas City | MO | 64111-0000 |
| Diaco Law | 605 South Blvd | | Tampa | FL | 33606-0000 |
| Don Brown | 13102 Eastpoint Park Blvd Ste 200 | | Louisville | KY | 40243-0000 |
| Don Matthews & Associates, P.A | 1700 Medical Lane Ste 103 | | Fort Myers | FL | 33907-0000 |
| Durbin Law Firm | 1602 South Main | | Tulsa | OK | 74119-0000 |
| Edmiston and Colton | Attn: Shane Colton | 310 Grand Ave | Billings | MT | 59101-0000 |
| Edward Beck | 229 West Berry St Suite 400 | | Fort Wayne | IN | 46802-0000 |
| Edward Gale | c/o Leonard, O'Brien, Spencer et al. | 100 South Fifth St., Suite 2400 | Minneapolis | MN | 55402-0000 |
| Emersen Scott, LLP | 1301 Scott St | | Little Rock | AR | 72202-0000 |
| Erin Berstein PC | 260 Madison Ave | | New York | NY | 10016-0000 |
| Esteban R Callejas | 441 Frazee Ave Ste B | | Bowling Green | OH | 43402-0000 |
| Fitzpatrick, Skemp & Associates, LLC | Attn: William Skemp | 123 7th Street S | La Crosse | WI | 54601-0000 |
| Foster Law Firm, LLC | 601 East McBee Ave Ste 104 | | Greenville | SC | 29601-0000 |
| Frank Law Group PC | 1517 Lincoln Way | | Auburn | CA | 95603-0000 |
| Franks, Gerkin & McKenna | 19333 E Grant Highway | | Marengo | IL | 60152-0000 |
| Friedman, Hirschen & Miller, LLP | Attn: Jeff Miller | 100 Great Oaks Blvd Ste 124, PO | Albany | NY | 12203-0000 |
| Frish Law Group, APLC | 18607 Ventura Blvd #314 | | Tarzana | CA | 91356-0000 |

| Name | Address1 | Address2 | City | ST | Zip |
|---|---|---|---|---|---|
| Galindo Law | Attn: Cristobal Galindo | 4151 Southwest FWY #602 | Houston | TX | 77027-0000 |
| Gallo Cazort and Co. | Attn: Meghan M. Gallo | 1 Halsted Circle, Suite 4 | Rogers | AR | 72756-0000 |
| Gammill, Montgomery, Maltesta, PLLC | 3900 Lakeland Dr, Suite 401 | | Flowood | MS | 39232-0000 |
| Gavin Lawrence Robbins | 1120 S Main St, PO Box 814 | | Cheshire | CT | 06410-0000 |
| Gavin, Donley & Ostlund, Ltd | 1017 Hennepin Ave | | Glencoe | MN | 55336-0000 |
| Goicoechea Law | 826 Main St. | | Lewiston | ID | 83501-0000 |
| Gor and Associates | 3435 Wilshire Blvd, Suite 1710 | | Los Angeles | CA | 90010-0000 |
| Graham & Jensen LLP | 17 Executive Park Dr Ste 115 | | Atlanta | GA | 30329-0000 |
| Groth Law Firm, S.C | 11063 W Bluewood Road | | Milwaukee | WI | 53226-0000 |
| Guild Mortgage | 3075 W. Ray Road, Ste. 110 | | Chandler | AZ | 85226-0000 |
| Gurfein Douglas LLP | 11 Park Place Ste 1100 | | New York | NY | 10007-0000 |
| Hagg Dorsey & Hagg | Attn: Whiting Hagg | 601 West Blvd | Rapid City | SD | 57701-0000 |
| Hanover Parl Law Firm, Maritote Law | Attn: R. Mark Maritote | 1060 E Lake St #1 | Hanover Park | IL | 60133-0000 |
| Harry S. Cohen and Associates | Attn: Doug Price | Two Chatham Center, Suite 985 | Pittsburgh | PA | 15219-0000 |
| Hinkle Law Firm | Attn: Cloyd Hinkel | 3939 San Pablo Dr NE Ste A | Alburquerque | NM | 87110-0000 |
| Hogan PA | 5626 Curry Ford Rd | | Orlando | FL | 32822-0000 |
| Holliday Karatinos PL | 18920 N Dale Mabry Hwy, Ste 101 | | Lutz | FL | 33548-0000 |
| Horst Law Firm | 5025 S Orange Ave | | Orlando | FL | 32809-0000 |
| Irwin & Morris LLC | 183 Middle St | | Portland | ME | 04112-0000 |
| J Richards Law Offices, LLC | 133 EGarfiled Ave | | Milwaukee | WI | 53212-0000 |
| Jack Plloway | 130 Maple Ave | | Red Back | NJ | 07710-0000 |
| Jacoby and Meyers Law Offices | Attn: Vera Havhannisyan | 10900 Wilshire Blvd, 15th Floor | Los Angeles | CA | 90024-0000 |
| James Shikany Attorney at Law | 13100 SE Sunnyside Rd Ste B | | Clackamas | OR | 97015-0000 |
| James Vaught Law Office | 2393 Alumni Dr #204 | | Lexington | KY | 40517-0000 |
| Jason Eric Messersmith | 12350 Jefferson Ave Ste 300 | | Newport News | VA | 23602-0000 |
| Jeliffe, Doerge & Phelps | 108 East Walnut St | | Harrisburg | IL | 62946-0000 |
| Jensen Law, LLC | 6111 Peachtree Dunwoody Rd., G201 | | Atlanta | GA | 30328-0000 |
| Jerry Martillotti and Associates, PC | 4221 Ridge Ave. PO BOX 18509 | | Philadelphia | PA | 19129-0000 |
| Jess Dennis Jordan | 2903 N Wolcott Ave Unit A | | Chicago | IL | 60643-0000 |
| Jess M Glaeser | 737 SW Vista Ave | | Portland | OR | 97205-0000 |
| Joel Chan | 1425 Noriega St | | San Francisco | CA | 94122-0000 |
| Joel Siegal, Attorney | 235 Montgomery St, Ste 800 | | San Francisco | CA | 94104-0000 |
| John A McQueeney Law | 55 Dorrance St #201 | | Providence | RI | 02903-0000 |
| John A. Bardelli Law Office | 606 N Pines Rd #201 | | Spokane | WA | 99206-0000 |

| Name | Address1 | Address2 | City | ST | Zip |
|------|----------|----------|------|----|----|
| John F Mika Attorney at Law | 18 Wakefield Dr | | Medord | NJ | 08055-0000 |
| John Fagan | 1063 Park Ave | | Orange Park | FL | 32073-0000 |
| John H Underhill | 718 Ashmun Street | | Sault Sainte Marie | MI | 49783-0000 |
| Johnson Anderson & Collingsworth | 201 Main St Ste 600 | | Forth Worth | TX | 76110-0000 |
| Jones & Booth | 2475 Northwinds Pkwy, Ste. 200 | | Alpharetta | GA | 30009-0000 |
| Jones Kahan Law | Attn:  Michael Kahan | 5721 Dragon Way #218 | Cincinnati | OH | 45227-0000 |
| Jones Kahn Law, LLC | c/o Randall E. Kay, P.C. | 535 Pacific Ave., Ste. 100 | San Francisco | CA | 94133-0000 |
| Joseph E Williams, Jr PC | 637 Cherry St | | Macon | GA | 31201-0000 |
| Judd Shaw Injury Law | 3265 Westchester Avenue | | Shrewsbury | NJ | 07702-0000 |
| Kalbough Pfund & Messersmith | 555 E Main St #1200 | | Norfolk | VA | 23510-0000 |
| Kenneth L Olsen | 502 East Tyler Street | | Tampa | FL | 33602-0000 |
| Kirton McConkie PC | 500 South Temple Ste 400 | | Salt Lake City | Ut | 84111-0000 |
| Knox McLaughlin Gornall & Sennett, P.C | 120 West Tenth St | | Erie | PA | 16501-0000 |
| Kurtz & Peters Law | Attn: James Peters | 30 Courthouse Square 206 | Rockville | MD | 20850-0000 |
| Law Firm of Daniel Lee English P.C | 6355 Ward Rd Ste 400 | | Arvada | CO | 80004-0000 |
| Law Office of Robert Gregg | 2024 Commerce St | | Dallas | TX | 75201-0000 |
| Law Offices of Anthoney Deichler | 2411 Old Crow Canyon Rd #170 | | San Ramon | CA | 94583-0000 |
| Law Offices of Benjamin Arsenian | 2677 N Main Suite 520 | | Santa Ana | CA | 92705-0000 |
| Law Offices of Christian C Lopiano | 86 Hudson St | | Hoboken | NJ | 07030-5617 |
| Law Offices of Craig Castle | 2647 Gateway Rd Ste 105 | | Carlsbac | CA | 00092-0009 |
| Law Offices of Eric P Escamilla | 561 W Shaw Ave Ste 200 | | Fresno | CA | 93704-0000 |
| Law Offices of Franklin T Walden | 525 Sybelia Pkwy | | Maitland | FL | 32751-0000 |
| Law Offices of Greg Groth | 139 E. Broad Street | | Cookeville | TN | 38501-0000 |
| Law Offices of Heather N Kaplan, PC | 600 Old Country Rd Ste 241 | | Garden City | NY | 11530-0000 |
| Law Offices of Jeffrey S Glassman, LLC | 1 International Place, 18th Floor | | Boston | MA | 02110-0000 |
| Law Offices of John F Mifka | 5 Greentree Center | | Marlton | NJ | 08053-0000 |
| Law Offices of John Hanahan | 526 Swarthmore Ave | | Folson | PA | 19033-0000 |
| Law Offices of Kenneth W Drake | 21241 Ventura Blvd Ste 173 | | Woodland Hills | CA | 91364-0000 |
| Law Offices of Mark Bergal | 20 N Clark St Suite 1200 | | Chicago | IL | 60603-0000 |
| Law Offices of Michael O Smith | 15 Broad St Ste 800 | | Boston | MA | 02109-0000 |
| Law Offices of Nino Abate | 4533 N. 22nd St., Unit 212 | | Phoenix | AZ | 85016-0619 |
| Law Offices of Raymond Antonacci | 301 Highland Ave | | Waterbury | CT | 06708-0000 |
| Law Offices of Ressler & Tesh, PLLC | 821 2nd Ave Penthouse Suite | | Seattle | WA | 98104-0000 |
| Law Offices of Richard J. Schicker | 2809 S 160th St #207 | | Omaha | NE | 68130-0000 |

| Name | Address1 | Address2 | City | ST | Zip |
|---|---|---|---|---|---|
| Law Offices of Ruben Ortiz | 1141 East Rio Grande Ave | | El Paso | TX | 79902-0000 |
| Law Offices of Sean S Vahdat and Assoc. | 1224 E Katella Ave #211 | | Orange | CA | 92867-0000 |
| Law Offices of Vahdat and Aboudi | 16255 Ventura Blvd. Suite 400 | | Encino | CA | 91436-0000 |
| Lawrence Kahn Law Group, PS | 135 Lake Street S, Suite 265 | | Kirkland | WA | 98033-0000 |
| Lester Schwab Katz & Dwyer LLP | 100 wall street 27th floor | | New York | NY | 10005-3701 |
| Lipman Firm, PC | 8450 Hickman Rd Ste 16 | | Des Moines | IA | 50325-0000 |
| Longo Biggs LC | 1610 Des Oeres Rd. #210 | | Saint Louis | MO | 63131-0000 |
| Lowell P Mckelvey | 3635 SW Hood Avenue | | Portland | OR | 97239-0000 |
| Lozoya & Lozoya | 15060 Ventura Blvd Ste 211 | | Sherman Oaks | CA | 91403-0000 |
| Lynch, Schwab & Gasparini, PLLC | 1441 Route 22 Ste 206 | | Brewwster | NY | 10509-0000 |
| Mangrum & Mangrum Attorneys at Law | 1025 Oakhaven Road | | Memphis | TN | 38119-0000 |
| Manzoor Law Firm Inc | 3017 Douglas Blvd #104 | | Roseville | CA | 95661-0000 |
| Mathew Alger, Attorney at Law, P.C | 39210 Road 425B | | Oakhurst | CA | 93644-0000 |
| Matthew Hale Attorney at Law | PO Box 405 | | Seahurst | WA | 98062-0000 |
| Matthews, Sanders & Sayes PA | 825 W 3rd St | | Little Rock | AR | 72201-0000 |
| McCaffrey and Associates | PO BOX 23865 | | Oklahoma City | OK | 73123-0000 |
| McCarthy Law Group, PLLC | 231228 Ventura View Lane | | Kaity | TX | 77493-0000 |
| McCarthy Wilson, LLP | Attn: Nick Andrews | 2200 Research Blvd Suite 500 | Rockville | MD | 20850-0000 |
| McGaughey, Bridges, Dunlap PLLC | 313 Western Ave Ste 401 | | Seattle | WA | 98121-0000 |
| Mediation and Law Offices of Bradley Bos | 1300 Clay St Ste 600 | | Oakland | CA | 94612-0000 |
| Mel W Shelander, Attorney at Law PC | 245 Fourth | | Beaumont | FL | 77701-0000 |
| Mendelsohn Law Offices | 205 Church St Ste 301 | | New Haven | CT | 06510-0000 |
| Minora, Krowiak, and Munley | Attn: Amil Minora | 700 Vine St. | Scranton | PA | 18510-2441 |
| Mitchell Warnock LLC | 1104 Bellevue Ave | | Dublin | GA | 31021-0000 |
| Modjarred & Associates ,PC | 212 W Spring Valley Rd | | Richardson | TX | 75081-0000 |
| Morrin Law Office | Attn: Rob Morrin | 214 West Main St. | Richmond | KY | 40475-0000 |
| Noll Law Firm | Attn: Richard Noll | 33 Queens St. | Syosset | NY | 11791-0000 |
| Northcraft, Bigby & Biggs, PC | 819 Virginia St Ste C-2 | | Seattle | WA | 98101-0000 |
| Pablo S Hurtado, P.A | 3880 Colonial Blvd Ste 2 | | Fort Myers | FL | 33966-0000 |
| Paranjpe & Mahadass LLP | 3701 Kirby Dr #530 | | Houston | TX | 77098-0000 |
| Parente & Norem Law Offices Pc | 211 North Lasalle St, 27th Floor | | Chicago | IL | 60601-0000 |
| Paskel, Tashman & Walker, PC | 24445 Northwestern Hwy #102 | | Southfield | MI | 48075-0000 |
| Paul M Orloff | 8402 Florence Ave | | Downey | CA | 90240-0000 |
| Pearson Law | Attn: Jerry Pearson | PO Box 347 | Fox Island | WA | 98333-0000 |

| Name | Address1 | Address2 | City | ST | Zip |
|---|---|---|---|---|---|
| Phalen, Bicknell & Markle | 200 West 4th | | Pittsburg | KS | 66762-0000 |
| Pizana Law Firm | 6222 De Zavala Rd Suite 101 | | San Antonio | TX | 78249-0000 |
| Prince Law Firm | 404 North Monroe St | | Marion | IL | 62959-0000 |
| Prosperity Lawyers PC Law Firm | 8515 Manassas Dr Suite 102 | | Manassas | VA | 20111-0000 |
| Quinonez Law Firm PLLC | 11890 Vista Del Sol Dr Ste A115 | | El Paso | TX | 79936-0000 |
| Rafayel Law Firm | 15260 Ventura Blvd Ste 800 | | Sherman Oaks | CA | 91403-0000 |
| Ralph C Petty Attorney at Law | 10 West Broadway Ste 800 | | Salft Lake City | UT | 84101-0000 |
| Rawson Merrigan & Litner LLP | 185 Devonshire St Ste 1100 | | Boston | MA | 02210-0000 |
| Rehm, Bennett, Moore, Rehm & Ockander PC | 3701 Union Dr Ste 200 | | Lincoln | NE | 68516-0000 |
| Robert Foster | 3100 Devine St. | | Columbia | SC | 29205-0000 |
| Robinson & Allen PLC | 48 North Macdonald | | Mesa | AZ | 85201-0000 |
| Rodgers Kee & Card PS | 324 West Bay Dr NW Ste 201 | | Olympia | WA | 98502-0000 |
| Ronald E Sholes PA | 9282 Atlantic Blvd | | Jacksonville | FL | 32225-0000 |
| Rosenbaum & Wooton, PC | Attn:  Lee Rosenbaum (retired) | 31 N Tejon St. Suite 316 | Colorado Springs | CO | 80903-0000 |
| S K Lawyers, PLLC | Attn:  Haryn Kraus | 98 Portsmouth Ave | Stratham | NH | 03885-0000 |
| Sacchetta & Baldino | 308 E Second St | | Media | PA | 19063-0000 |
| Saverance Law Firm LLC | 210 North Main St | | Bishopville | SC | 29010-0000 |
| Schneider Law Offices, PLLC | Attn:  Bryan Schneider | 243 Main St. Suite 250 | New Paltz | NY | 12561-0000 |
| Schwartz Bon Walker & Studer | 141 S Center St | | Casper | WY | 82601-0000 |
| Scott Thomas Brewster | 5007 Montoya Ave Apt 28 | | Richmond | CA | 94805-0000 |
| Seigel, Tully, Rouhana & Tully, LLC | 501 Fairmount Ave Ste 100 | | Towson | MD | 21266-0000 |
| Sevenish Law Firm, PC | 101 West Ohio St Ste 1540 | | Indianapolis | IN | 46204-0000 |
| Shambaugh, Kast, Beck & Williams | 229 W Berry St Ste 400 | | Fort Wayne | IN | 46859-0000 |
| Shane Smith Law | 3845 W Eau Gallei Blvd Ste 104 | | Melbourne | FL | 32934-0000 |
| Sheffet & Dvorin, PC | 88 Pompton Ave | | Verona | NJ | 07044-0000 |
| Shelander law Offices | 245 N 4th St | | Beaumont | TX | 77701-0000 |
| Shirley Law Firm | 431 North Court St | | Elba | AL | 36323-0000 |
| Sieben Edmunds PLLC | 2299 Waters Dr | | Mendota Heights | MN | 55120-0000 |
| Siegal & Richardson LLP | 235 Montgomery  St Ste 1060 | | San Francisco | CA | 94104-0000 |
| Sisneros | 847 Sansome St Ste 200 | | San Francisco | CA | 94111-0000 |
| Smith Dollar | 418 B Street, Fourth Floor | | Alameda | CA | 94501-0000 |
| South Shor Injury Attorneys | Attn:  Frank Mora | PO BOX 3605 | Apollo Beach | FL | 33572-0000 |
| Spall, Rydzwski, Anderson, Lalley & Tunn | 2573 Route C | | Hawley | PA | 18428-0000 |
| Spence Lawyers | Attn:  Dennis K Wallin | 1600 Mountain Rd NW | Albuquerque | NM | 87104-0000 |

| Name | Address1 | Address2 | City | ST | Zip |
|---|---|---|---|---|---|
| Sperling Law Offices, LLC | 100 East Wisconsin Ave Ste 1020 | | Milwaukee | WI | 53202-0000 |
| Stein and Troiani, PC | Attn: Michael Troiani | 166 East Levering Mill Road Suit | Bala Cynwyd | PA | 19004-0000 |
| Steven A. Ediger | 4800 Rainbow Blvd | | Mission | KS | 66205-0000 |
| Strauch Green & Mistretta, PC | 911 Pavesrstone Dr Ste F | | Raleigh | NC | 27615-0000 |
| Supinka & Supinka PC | 983 Philadelphia St | | Indianapolis | PA | 15701-0000 |
| Sutherland & Belk, PLLC | 2505 21st Ave. S., Suite 400 | | Nashville | TN | 37212-0000 |
| Sutton & Smyth LLP | 99 Wall St, Ste. 1934 | | New York | NY | 10005-0000 |
| Svingen Cline & Larson | 125 S Mill St | | Fergus Falls | MN | 56537-0000 |
| Swartz Culleton PC | 547 Washington Ave | | Newtown | PA | 18940-0000 |
| Talley, Turner & Bertman Law Offices | 219 East Main St | | Norman | OK | 73069-0000 |
| Taylor King Law | 410 N Thompson Street Ste B | | Springdale | AR | 72764-0000 |
| Teperman and Teperman LLC | 15 East 40th St., Ste. 800 | | New York | NY | 10016-0000 |
| The Berry Law Firm | Attn:  Erik Fern | 6940 O Street, Suite 400, PO Bo: | Lincoln | NE | 68510-0000 |
| The Booker Law Firm | 4801 Woodway Dr Suite 300e | | Houston | TX | 77056-0000 |
| The Decker Law Firm PC | 472 Bartram Street | | Atlanta | GA | 30316-0000 |
| The Emory Law Firm, P.C. | 11020 David Taylor Dr. Suite #102 | | Charlotte | NC | 28262-0000 |
| The Kahn Law Firm | Attn: Jennifer Hodges | 2225 County Road 90, Suite 109 | Pearland | TX | 77584-0000 |
| The Law Office of Troy P Owens, Jr. | 2400 Fenton St Ste 216 | | Chula Vista | CA | 91914-0000 |
| The Law Offices of James Vasquez PC | 433 Clifton Ave | | Clifton | NJ | 07011-0000 |
| The Law Offices of Sean C Donohue | 111 Huntington St Ste 1 | | London | CT | 06320-0000 |
| Law Offices of William Justice Whitaker | 9516 C Lee Highway | | Fairfax | VA | 22031-0000 |
| The Mark Law Firm LLC | 403 King George Rd Ste 201 | | Basking Ridge | NJ | 07920-0000 |
| The Massey Law Firm PC | 14300 N Northsight Blvd Ste 105 | | Scottsdale | AZ | 85260-0000 |
| The Orlando Law Group Pl | 12301 Lake Underhill Rd Ste 213 | | Orlando | FL | 32828-0000 |
| The Pearson Law Firm PS | 165 Northeast Juniper Ste 200 | | Issaquah | WA | 98207-0000 |
| The Pirnia Law Group, Professional Corpo | 8549 Wilshire Blvd Ste 1193 | | Beverly Hills | CA | 90211-0000 |
| The Pryor Law Firm, LLC | Attn: Kenneth A. Pryor | 186 Joralemon St., Suite 701 | Brooklyn | NY | 11201-0000 |
| **AND** | Attn: Kenneth A. Pryor | 666 Old Country Rd., Ste. 305 | Garden City | NY | 11530-0000 |
| The Russo Firm | Attn: Richard Russo | 3119 Newton Ave #7 | Astoria | NY | 11102-0000 |
| TTB Law | Attn:  Josh Turner | 219 East Main Street | Norman | OK | 73069-0000 |
| Vasilaros & Wagner | 721 Beville Rd | | South Daytona | | 32119-0000 |
| VG Law | 633 SE 3rd Ave Suite 302 | | Fort Lauderdale | FL | 33301-0000 |
| Wallin Huss & Mendez Law Firm LLC | PO BOX 696 | | Moriarty | NM | 87035-0696 |
| Warren & Simpson, P.C | 105 NOrth Side Square | | Huntsville | AL | 35801-0000 |

| Name | Address1 | Address2 | City | ST | Zip |
|------|----------|----------|------|-----|-----|
| Wigod and Falzon P.C. | Attn: Lawrence Falzon | 25899 W 12 Mile Rd Suite 200 | Southfield | MI | 48034-0000 |
| William G Skemp Law SC | 123 South Seventh St PO Box 519 | | La Crosse | WI | 54602-0000 |
| William John Fahres | 31105 Fallen Falcon Trail | | Oak Creek | CO | 80467-0000 |
| Zelenitz, Shapiro & D'Agostino, P.C | 138-44 Queens Blvd 2nd Floor | | Briarwood | NY | 11435-0000 |
| Zinder & Koch PLC | 700 N Brand Blvd. #400 | | Glendale | CA | 91203-0000 |

Debtor name **R.W. Lynch Co., Inc.**

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an
   amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** |
| State the term remaining | |
| List the contract number of any government contract | **Accident Lawyers, P.A** <br> **1063 Park Avenue** <br> **Orange Park, FL 32073** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** |
| State the term remaining | |
| List the contract number of any government contract | **Adelia Jones Kaufman** <br> **4312 Aylesbury Dr** <br> **Knoxville, TN 37918** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** |
| State the term remaining | |
| List the contract number of any government contract | **Advocate Law Firm** <br> **4 Park Plaza , Suite 360** <br> **Irvine, CA 92614** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** |
| State the term remaining | |
| List the contract number of any government contract | **Ainley Hoover** <br> **200 N Poplar St** <br> **Paris, TN 38242** |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** |
|---|---|---|
| | State the term remaining | **Akman & Associates LLC** |
| | List the contract number of any government contract | **1402 Front Ave**<br>**Luthervilla, MD 21093** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** |
|---|---|---|
| | State the term remaining | **Akrash Law, LLP** |
| | List the contract number of any government contract | **8383 Whilshire Blvd #800**<br>**Beverly Hills, CA 90211** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** |
|---|---|---|
| | State the term remaining | **Alcorn Sage Schwartz & Magrath, LLP** |
| | List the contract number of any government contract | **One West 6th St**<br>**Madison, IN 47250** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** |
|---|---|---|
| | State the term remaining | **Anderson & Associates PC** |
| | List the contract number of any government contract | **8900 Keystone Crossing Ste 1100**<br>**Indianapolis, IN 46240** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** |
|---|---|---|
| | State the term remaining | **APELT** |
| | List the contract number of any government contract | **20600 Chagrin Blvd #800 Tower East**<br>**Beachwood, OH 44122** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** |
|---|---|---|
| | State the term remaining | **Arata, Swingle, Van Egmond & Heitlinger** |
| | List the contract number of any | **1207 I St**<br>**Modesto, CA 95354** |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Aspromonte** |
| | List the contract number of any government contract | | **30 Vesey St**<br>**New York, NY 10007** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Barrett & Pavluk LLC** |
| | List the contract number of any government contract | | **1200 Eagle Ave #204**<br>**Asbury Park, NJ 07712** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Barron Law Firm, PLLC** |
| | List the contract number of any government contract | | **1012 W 2nd St**<br>**Little Rock, AR 72201** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Bartlett Legal Group, LLC**<br>**Attn: Frank Bartlett Jr.** |
| | List the contract number of any government contract | | **36 Wallingford Rd**<br>**Cheshire, CT 06410** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Bass & Rubinowitz** |
| | List the contract number of any government contract | | **420 Jericho Tpke**<br>**Jericho, NY 11753** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | **Bence Law Firm**<br>**544 East Glenn Ave**<br>**Auburn, AL 36830** |
|---|---|---|---|

Case 2:20-bk-07265-BKM   Doc 1   Filed 06/17/20   Entered 06/17/20 13:58:56   Desc
Main Document   Page 45 of 133



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|   State the term remaining |  |
|---|---|
|   List the contract number of any government contract | _____ |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
|---|---|---|---|
|  | State the term remaining | | **Berg & Robeson P.C** |
|  | List the contract number of any government contract | _____ | **1217 S 6th St** |
|  | | | **Springfield, IL 62705** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
|---|---|---|---|
|  | State the term remaining | | **Beyers Law, LLC** |
|  | List the contract number of any government contract | _____ | **80 E Cedar St** |
|  | | | **Zionsville, IN 46077** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
|---|---|---|---|
|  | State the term remaining | | **Bobby Briggs Law** |
|  | List the contract number of any government contract | _____ | **502 W 6th St** |
|  | | | **Tulsa, OK 74119** |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
|---|---|---|---|
|  | State the term remaining | | **Border Law Office** |
|  | List the contract number of any government contract | _____ | **Attn: Dean Border** |
|  | | | **12300 Menaul Blvd NE** |
|  | | | **Albuquerque, NM 87112** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
|---|---|---|---|
|  | State the term remaining | | **Bradley Wurster** |
|  | List the contract number of any government contract | _____ | **2436 Republican Trail Blvd** |
|  | | | **Leander, TX 78641** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                     Best Case Bankruptcy

Case 2:20-bk-07265-BKM    Doc 1    Filed 06/17/20    Entered 06/17/20 13:58:56    Desc
Main Document         Page 46 of 133

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | Advertising Services Agreement | |
|---|---|---|---|
| | State the term remaining | | Bruce Kim |
| | List the contract number of any government contract | | 3862 Noeau St #A |
| | | | Honolulu, HI 96816 |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | Advertising Services Agreement | |
|---|---|---|---|
| | State the term remaining | | Bryan & Company Calgary LLP |
| | List the contract number of any government contract | | Ste 320 8 West 903 8th Ave SW |
| | | | Calgary - Cananda TSP OP7 |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | Advertising Services Agreement | |
|---|---|---|---|
| | State the term remaining | | Burk Schultz Harman & Jenkinson |
| | List the contract number of any government contract | | 85 Aikens Center |
| | | | Martinsburg, WV 25401 |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | Advertising Services Agreement | |
|---|---|---|---|
| | State the term remaining | | Byrd & Byrd LLC |
| | List the contract number of any government contract | | Attn: Toby Byrd |
| | | | 14300 Gallant Fox Ln Ste 120 |
| | | | Bowie, MD 20715 |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | Advertising Services Agreement | |
|---|---|---|---|
| | State the term remaining | | Carabin and Shaw P.C. |
| | List the contract number of any government contract | | 630 Broadway St |
| | | | San Antonio, TX 78215 |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | Advertising Services Agreement | |
|---|---|---|---|
| | State the term remaining | | Carl A Piccarreta PC |
| | List the contract number of any | | 3507 North Campbell Ave Ste 111 |
| | | | Tucson, AZ 85719 |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | | |
|---|---|---|---|
| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
| | State the term remaining | | **Carpani and Gordon, P.A** |
| | List the contract number of any government contract | | **14109 Overbrook Rd, Suite B** **Leawood, KS 66224** |
| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
| | State the term remaining | | **Carrieri & Carrieri PC** |
| | List the contract number of any government contract | | **200 Old Country Rd** **Mineola, NY** |
| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
| | State the term remaining | | **Carter Wolden Curtis LLP** |
| | List the contract number of any government contract | | **1111 Exposition Blvd Ste 602** **Sacramento, CA 95815** |
| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Office Lease for 2333 San Ramon Valley Blvd., No. 300, San Ramon, CA 94583** | |
| | State the term remaining | **Through 04/30/2024** | **Center Plaza SR LLC** **c/o Aviv L. Tuchman, Tuchman & Associate** |
| | List the contract number of any government contract | | **6080 W. Pico Blvd.** **Los Angeles, CA 90035** |
| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
| | State the term remaining | | **Certa Law Group, PS** |
| | List the contract number of any government contract | | **320 Dayton St #260** **Edmonds, WA 98020** |
| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | **Chambers & Noronha, PC** **2070 N Tustin Ave** **Santa Ana, CA 92705** |

Case 2:20-bk-07265-BKM    Doc 1    Filed 06/17/20    Entered 06/17/20 13:58:56    Desc
Main Document      Page 48 of 133

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** |
|---|---|---|
| | State the term remaining | **Chapman Lewis and Swan** |
| | List the contract number of any government contract | **Attn:  Ralph Chapman** **501 First St., PO Box 428** **Clarksdale, MS 38614** |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** |
|---|---|---|
| | State the term remaining | **Christenson Law Firm, LLP** |
| | List the contract number of any government contract | **472 W Putnam Ave** **Porterville, CA 93257** |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** |
|---|---|---|
| | State the term remaining | **Cline Jensen OA** |
| | List the contract number of any government contract | **125 South Mill** **Fergus Falls, MN 56537** |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** |
|---|---|---|
| | State the term remaining | **Conchin, Cloud & Cole LLC** |
| | List the contract number of any government contract | **2404 Commerce Court** **Huntsville, AL 35801** |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** |
|---|---|---|
| | State the term remaining | **Cook, Vetter, Doerhoff & Landwehr PC** |
| | List the contract number of any government contract | **231 Madison St** **Jefferson City, MO 65101** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Couch & Firth LLC** |
| | List the contract number of any government contract | | **300 Riverchase Galleria #750** **Birmingham, AL 35244** |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | **Craig J. Olsen** |
| | List the contract number of any government contract | | **8875 Hidden River Pkwy.** **Tampa, FL 33637** |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Cressman Law Firm PA** |
| | List the contract number of any government contract | | **13350 W. Colonial Dr #350** **Winter Garden, FL 34787** |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Cristobal M Galindo PC** |
| | List the contract number of any government contract | | **4151 Southwest Freeway Ste 602** **Houston, TX 77027** |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **D Baker McIntyre, III Attorney** |
| | List the contract number of any government contract | | **209 E Woodlawn Rd Ste 118** **Charlotte, NC 28217** |

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Daniel M Roddy LLC** |
| | List the contract number of any | | **13321 S Outer Forty Rd #100** **Chesterfield, MO 63017** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **David Conway**<br>**124C South Goose Creek Blvd**<br>**PO Box 938**<br>**Goose Creek, SC 29445** |
| | List the contract number of any government contract | | |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Deakle Scholtis & Hamil LLC**<br>**160 Congress Street**<br>**Mobile, AL 36603** |
| | List the contract number of any government contract | | |

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Dean Waite & Associates LLC**<br>**412 Dauphin St #BB**<br>**Mobile, AL 36602** |
| | List the contract number of any government contract | | |

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Dennis A Lopez and Associates**<br>**210 N Pierce St.**<br>**Tampa, FL 33602** |
| | List the contract number of any government contract | | |

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Devkota Law Firm, LLC**<br>**4010 Washington St Suite 350**<br>**Kansas City, MO 64111** |
| | List the contract number of any government contract | | |

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
|---|---|---|---|
| | | | **Diaco Law**<br>**605 South Blvd**<br>**Tampa, FL 33606** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case 2:20-bk-07265-BKM    Doc 1    Filed 06/17/20    Entered 06/17/20 13:58:56    Desc
Main Document     Page 51 of 133

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining |  |
|---|---|---|
|  | List the contract number of any government contract | _____ |

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** |
|---|---|---|
|  | State the term remaining |  |
|  | List the contract number of any government contract | **Don Brown**<br>**13102 Eastpoint Park Blvd Ste 200**<br>**Louisville, KY 40233** |

| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** |
|---|---|---|
|  | State the term remaining |  |
|  | List the contract number of any government contract | **Don Matthews & Associates, P.A**<br>**1700 Medical Lane Ste 103**<br>**Fort Myers, FL 33907** |

| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** |
|---|---|---|
|  | State the term remaining |  |
|  | List the contract number of any government contract | **Durbin Law Firm**<br>**1602 South Main**<br>**Tulsa, OK 74119** |

| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** |
|---|---|---|
|  | State the term remaining |  |
|  | List the contract number of any government contract | **Edmiston and Colton**<br>**Attn: Shane Colton**<br>**310 Grand Ave**<br>**Billings, MT 59101** |

| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** |
|---|---|---|
|  | State the term remaining |  |
|  | List the contract number of any government contract | **Edward Beck**<br>**229 West Berry St Suite 400**<br>**Fort Wayne, IN 46802** |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.56. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Edward Gale**<br>**c/o Leonard, O'Brien, Spencer et al.**<br>**100 South Fifth St., Suite 2400**<br>**Minneapolis, MN 55402** |
| | List the contract number of any government contract | | |

| 2.57. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Emersen Scott, LLP**<br>**1301 Scott St**<br>**Little Rock, AR 72202** |
| | List the contract number of any government contract | | |

| 2.58. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Erin Berstein PC**<br>**260 Madison Ave**<br>**New York, NY 10016** |
| | List the contract number of any government contract | | |

| 2.59. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Esteban R Callejas**<br>**441 Frazee Ave Ste B**<br>**Bowling Green, OH 43402** |
| | List the contract number of any government contract | | |

| 2.60. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Fitzpatrick, Skemp & Associates, LLC**<br>**Attn: William Skemp**<br>**123 7th Street S**<br>**La Crosse, WI 54601** |
| | List the contract number of any government contract | | |

| 2.61. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Foster Law Firm, LLC**<br>**601 East McBee Ave Ste 104**<br>**Greenville, SC 29601** |
| | List the contract number of any | | |

Case 2:20-bk-07265-BKM    Doc 1    Filed 06/17/20    Entered 06/17/20 13:58:56    Desc
Main Document      Page 53 of 133

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.62. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Frank Law Group PC** |
| | List the contract number of any government contract | | **1517 Lincoln Way** **Auburn, CA 95603** |

| 2.63. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Franks, Gerkin & McKenna** |
| | List the contract number of any government contract | | **19333 E Grant Highway** **Marengo, IL 60152** |

| 2.64. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Friedman, Hirschen & Miller, LLP** **Attn: Jeff Miller** |
| | List the contract number of any government contract | | **100 Great Oaks Blvd Ste 124, PO Box 3827** **Albany, NY 12203** |

| 2.65. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Frish Law Group, APLC** |
| | List the contract number of any government contract | | **18607 Ventura Blvd #314** **Tarzana, CA 91356** |

| 2.66. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Galindo Law** **Attn: Cristobal Galindo** |
| | List the contract number of any government contract | | **4151 Southwest FWY #602** **Houston, TX 77027** |

| 2.67. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | **Gallo Cazort and Co.** **Attn: Meghan M. Gallo** **1 Halsted Circle, Suite 4** **Rogers, AR 72756** |
|---|---|---|---|

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

       State the term remaining

       List the contract number of any
         government contract      _____

---

**2.68.**   State what the contract or lease is for and the nature of the debtor's interest     **Advertising Services Agreement**

       State the term remaining

       List the contract number of any
         government contract

**Gammill, Montgomery, Maltesta, PLLC**
**3900 Lakeland Dr, Suite 401**
**Flowood, MS 39232**

---

**2.69.**   State what the contract or lease is for and the nature of the debtor's interest     **Advertising Services Agreement**

       State the term remaining

       List the contract number of any
         government contract

**Gavin Lawrence Robbins**
**1120 S Main St, PO Box 814**
**Cheshire, CT 06410**

---

**2.70.**   State what the contract or lease is for and the nature of the debtor's interest     **Advertising Services Agreement**

       State the term remaining

       List the contract number of any
         government contract

**Gavin, Donley & Ostlund, Ltd**
**1017 Hennepin Ave**
**Glencoe, MN 55336**

---

**2.71.**   State what the contract or lease is for and the nature of the debtor's interest     **Advertising Services Agreement**

       State the term remaining

       List the contract number of any
         government contract

**Goicoechea Law**
**826 Main St.**
**Lewiston, ID 83501**

---

**2.72.**   State what the contract or lease is for and the nature of the debtor's interest     **Advertising Services Agreement**

       State the term remaining

       List the contract number of any
         government contract

**Gor and Associates**
**3435 Wilshire Blvd, Suite 1710**
**Los Angeles, CA 90010**

---



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.73. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Graham & Jensen LLP** |
| | List the contract number of any government contract | | **17 Executive Park Dr Ste 115 Atlanta, GA 30329** |

| 2.74. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Groth Law Firm, S.C** |
| | List the contract number of any government contract | | **11063 W Bluewood Road Milwaukee, WI 53226** |

| 2.75. | State what the contract or lease is for and the nature of the debtor's interest | **Office Sub-Lease for 2151 E. Broadway Road, No. 204, Tempe, AZ 85226** | |
|---|---|---|---|
| | State the term remaining | | **Guild Mortgage** |
| | List the contract number of any government contract | | **3075 W. Ray Road, Ste. 110 Chandler, AZ 85226** |

| 2.76. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Gurfein Douglas LLP** |
| | List the contract number of any government contract | | **11 Park Place Ste 1100 New York, NY 10007** |

| 2.77. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Hagg Dorsey & Hagg Attn: Whiting Hagg** |
| | List the contract number of any government contract | | **601 West Blvd Rapid City, SD 57701** |

| 2.78. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Hanover Parl Law Firm, Maritote Law Attn: R. Mark Maritote** |
| | List the contract number of any | | **1060 E Lake St #1 Hanover Park, IL 60133** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.79. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Harry S. Cohen and Associates**<br>**Attn:  Doug Price**<br>**Two Chatham Center, Suite 985**<br>**Pittsburgh, PA 15219** |
| | List the contract number of any government contract | | |

| 2.80. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Hinkle Law Firm**<br>**Attn:  Cloyd Hinkel**<br>**3939 San Pablo Dr NE Ste A**<br>**Alburquerque, NM 87110** |
| | List the contract number of any government contract | | |

| 2.81. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Hogan PA**<br>**5626 Curry Ford Rd**<br>**Orlando, FL 32822** |
| | List the contract number of any government contract | | |

| 2.82. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Holliday Karatinos PL**<br>**18920 N Dale Mabry Hwy, Ste 101**<br>**Lutz, FL 33548** |
| | List the contract number of any government contract | | |

| 2.83. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Horst Law Firm**<br>**5025 S Orange Ave**<br>**Orlando, FL 32809** |
| | List the contract number of any government contract | | |

| 2.84. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | **Irwin & Morris LLC**<br>**183 Middle St**<br>**Portland, ME 04112** |
|---|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| 2.85. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **J Richards Law Offices, LLC**<br>**133 EGarfiled Ave**<br>**Milwaukee, WI 53212** |

| 2.86. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Jack Plloway**<br>**130 Maple Ave**<br>**Red Back, NJ 07710** |

| 2.87. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Jacoby and Meyers Law Offices**<br>**Attn: Vera Havhannisyan**<br>**10900 Wilshire Blvd, 15th Floor**<br>**Los Angeles, CA 90024** |

| 2.88. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **James Shikany Attorney at Law**<br>**13100 SE Sunnyside Rd Ste B**<br>**Clackamas, OR 97015** |

| 2.89. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **James Vaught Law Office**<br>**2393 Alumni Dr #204**<br>**Lexington, KY 40517** |

Case 2:20-bk-07265-BKM    Doc 1    Filed 06/17/20    Entered 06/17/20 13:58:56    Desc
Main Document     Page 58 of 133

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.90. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** |
|---|---|---|

State the term remaining

List the contract number of any government contract

**Jason Eric Messersmith**
**12350 Jefferson Ave Ste 300**
**Newport News, VA 23602**

---

| 2.91. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** |
|---|---|---|

State the term remaining

List the contract number of any government contract

**Jeliffe, Doerge & Phelps**
**108 East Walnut St**
**Harrisburg, IL 62946**

---

| 2.92. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** |
|---|---|---|

State the term remaining

List the contract number of any government contract

**Jensen Law, LLC**
**6111 Peachtree Dunwoody Rd., G201**
**Atlanta, GA 30328**

---

| 2.93. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** |
|---|---|---|

State the term remaining

List the contract number of any government contract

**Jerry Martillotti and Associates, PC**
**4221 Ridge Ave. PO BOX 18509**
**Philadelphia, PA 19129**

---

| 2.94. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** |
|---|---|---|

State the term remaining

List the contract number of any government contract

**Jess Dennis Jordan**
**2903 N Wolcott Ave Unit A**
**Chicago, IL 60643**

---

| 2.95. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** |
|---|---|---|

State the term remaining

List the contract number of any

**Jess M Glaeser**
**737 SW Vista Ave**
**Portland, OR 97205**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

▮ **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | | |
|---|---|---|---|
| 2.96. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
| | State the term remaining | | **Joel Chan** |
| | List the contract number of any government contract | | **1425 Noriega St** **San Francisco, CA 94122** |

| | | | |
|---|---|---|---|
| 2.97. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
| | State the term remaining | | **Joel Siegal, Attorney** |
| | List the contract number of any government contract | | **235 Montgomery St, Ste 800** **San Francisco, CA 94104** |

| | | | |
|---|---|---|---|
| 2.98. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
| | State the term remaining | | **John A McQueeney Law** |
| | List the contract number of any government contract | | **55 Dorrance St #201** **Providence, RI 02903** |

| | | | |
|---|---|---|---|
| 2.99. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
| | State the term remaining | | **John A. Bardelli Law Office** |
| | List the contract number of any government contract | | **606 N Pines Rd #201** **Spokane, WA 99206** |

| | | | |
|---|---|---|---|
| 2.100. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
| | State the term remaining | | **John F Mika Attorney at Law** |
| | List the contract number of any government contract | | **18 Wakefield Dr** **Medord, NJ 08055** |

| | | | |
|---|---|---|---|
| 2.101. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | **John Fagan** **1063 Park Ave** **Orange Park, FL 32073** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining<br><br>List the contract number of any<br>government contract | |
| **2.102.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any<br>government contract | **Advertising Services Agreement**<br><br><br>**John H Underhill**<br>**718 Ashmun Street**<br>**Sault Sainte Marie, MI 49783** |
| **2.103.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any<br>government contract | **Advertising Services Agreement**<br><br><br>**Johnson Anderson & Collingsworth**<br>**201 Main St Ste 600**<br>**Forth Worth, TX 76110** |
| **2.104.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any<br>government contract | <br><br><br>**Jones & Booth**<br>**2475 Northwinds Pkwy, Ste. 200**<br>**Alpharetta, GA 30009** |
| **2.105.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any<br>government contract | **Advertising Services Agreement**<br><br><br>**Jones Kahan Law**<br>**Attn: Michael Kahan**<br>**5721 Dragon Way #218**<br>**Cincinnati, OH 45227** |
| **2.106.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any<br>government contract | **Advertising Services Agreement**<br><br><br>**Joseph E Williams, Jr PC**<br>**637 Cherry St**<br>**Macon, GA 31201** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.107. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Judd Shaw Injury Law** |
| | List the contract number of any government contract | | **3265 Westchester Avenue Shrewsbury, NJ 07702** |

| 2.108. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Kalbough Pfund & Messersmith** |
| | List the contract number of any government contract | | **555 E Main St #1200 Norfolk, VA 23510** |

| 2.109. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Kenneth L Olsen** |
| | List the contract number of any government contract | | **502 East Tyler Street Tampa, FL 33602** |

| 2.110. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Kirton McConkie PC** |
| | List the contract number of any government contract | | **500 South Temple Ste 400 Salt Lake City, Ut 84111** |

| 2.111. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Knox McLaughlin Gornall & Sennett, P.C.** |
| | List the contract number of any government contract | | **120 West Tenth St Erie, PA 16501** |

| 2.112. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Kurtz & Peters Law** |
| | List the contract number of any | | **Attn: James Peters 30 Courthouse Square 206 Rockville, MD 20850** |

Case 2:20-bk-07265-BKM    Doc 1    Filed 06/17/20    Entered 06/17/20 13:58:56    Desc
Main Document     Page 62 of 133



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.113. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Law Firm of Daniel Lee English P.C** |
| | List the contract number of any government contract | | **6355 Ward Rd Ste 400**<br>**Arvada, CO 80004** |

| 2.114. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Law Office of Robert Gregg** |
| | List the contract number of any government contract | | **2024 Commerce St**<br>**Dallas, TX 75201** |

| 2.115. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Law Offices of Anthoney Deichler** |
| | List the contract number of any government contract | | **2411 Old Crow Canyon Rd #170**<br>**San Ramon, CA 94583** |

| 2.116. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Law Offices of Benjamin Arsenian** |
| | List the contract number of any government contract | | **2677 N Main Suite 520**<br>**Santa Ana, CA 92705** |

| 2.117. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Law Offices of Christian C Lopiano** |
| | List the contract number of any government contract | | **86 Hudson St**<br>**Hoboken, NJ 07030-5617** |

| 2.118. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | **Law Offices of Craig Castle** |
|---|---|---|---|
| | | | **2647 Gateway Rd Ste 105**<br>**Carlsbac, CA 00092-0009** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining<br><br>List the contract number of any<br>government contract _____ | |

---

**2.119.** State what the contract or lease is for and the nature of the debtor's interest

**Advertising Services Agreement**

State the term remaining

List the contract number of any government contract

**Law Offices of Eric P Escamilla**
**561 W Shaw Ave Ste 200**
**Fresno, CA 93704**

---

**2.120.** State what the contract or lease is for and the nature of the debtor's interest

**Advertising Services Agreement**

State the term remaining

List the contract number of any government contract

**Law Offices of Franklin T Walden**
**525 Sybelia Pkwy**
**Maitland, FL 32751**

---

**2.121.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Law Offices of Greg Groth**
**139 E. Broad Street**
**Cookeville, TN 38501**

---

**2.122.** State what the contract or lease is for and the nature of the debtor's interest

**Advertising Services Agreement**

State the term remaining

List the contract number of any government contract

**Law Offices of Heather N Kaplan, PC**
**600 Old Country Rd Ste 241**
**Garden City, NY 11530**

---

**2.123.** State what the contract or lease is for and the nature of the debtor's interest

**Advertising Services Agreement**

State the term remaining

List the contract number of any government contract

**Law Offices of Jeffrey S Glassman, LLC**
**1 International Place, 18th Floor**
**Boston, MA 02110**

---

Case 2:20-bk-07265-BKM    Doc 1    Filed 06/17/20    Entered 06/17/20 13:58:56    Desc
Main Document        Page 64 of 133

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.124. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Law Offices of John F Mifka**<br>**5 Greentree Center**<br>**Marlton, NJ 08053** |

| 2.125. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Law Offices of John Hanahan**<br>**526 Swarthmore Ave**<br>**Folson, PA 19033** |

| 2.126. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Law Offices of Kenneth W Drake**<br>**21241 Ventura Blvd Ste 173**<br>**Woodland Hills, CA 91364** |

| 2.127. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Law Offices of Mark Bergal**<br>**20 N Clark St Suite 1200**<br>**Chicago, IL 60603** |

| 2.128. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Law Offices of Michael O Smith**<br>**15 Broad St Ste 800**<br>**Boston, MA 02109** |

| 2.129. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any | **Law Offices of Nino Abate**<br>**4533 N. 22nd St., Unit 212**<br>**Phoenix, AZ 85016-0619** |

Case 2:20-bk-07265-BKM    Doc 1    Filed 06/17/20    Entered 06/17/20 13:58:56    Desc
Main Document     Page 65 of 133

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.130. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Law Offices of Raymond Antonacci**<br>**301 Highland Ave**<br>**Waterbury, CT 06708** |
| | List the contract number of any government contract | | |

| 2.131. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Law Offices of Ressler & Tesh, PLLC**<br>**821 2nd Ave Penthouse Suite**<br>**Seattle, WA 98104** |
| | List the contract number of any government contract | | |

| 2.132. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Law Offices of Richard J. Schicker**<br>**2809 S 160th St #207**<br>**Omaha, NE 68130** |
| | List the contract number of any government contract | | |

| 2.133. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Law Offices of Ruben Ortiz**<br>**1141 East Rio Grande Ave**<br>**El Paso, TX 79902** |
| | List the contract number of any government contract | | |

| 2.134. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | **Law Offices of Sean S Vahdat and Assoc.**<br>**1224 E Katella Ave #211**<br>**Orange, CA 92867** |
| | List the contract number of any government contract | | |

| 2.135. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | **Law Offices of Vahdat and Aboudi**<br>**16255 Ventura Blvd. Suite 400**<br>**Encino, CA 91436** |
|---|---|---|---|

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any government contract

---

**2.136.** State what the contract or lease is for and the nature of the debtor's interest    **Advertising Services Agreement**

State the term remaining

List the contract number of any government contract

**Law Offices of William Justice Whitaker**
**9516 C Lee Highway**
**Fairfax, VA 22031**

---

**2.137.** State what the contract or lease is for and the nature of the debtor's interest    **Advertising Services Agreement**

State the term remaining

List the contract number of any government contract

**Lawrence Kahn Law Group, PS**
**135 Lake Street S, Suite 265**
**Kirkland, WA 98033**

---

**2.138.** State what the contract or lease is for and the nature of the debtor's interest    **Advertising Services Agreement**

State the term remaining

List the contract number of any government contract

**Lester Schwab Katz & Dwyer LLP**
**100 wall street 27th floor**
**New York, NY 10005-3701**

---

**2.139.** State what the contract or lease is for and the nature of the debtor's interest    **Advertising Services Agreement**

State the term remaining

List the contract number of any government contract

**Lipman Firm, PC**
**8450 Hickman Rd Ste 16**
**Des Moines, IA 50325**

---

**2.140.** State what the contract or lease is for and the nature of the debtor's interest    **Advertising Services Agreement**

State the term remaining

List the contract number of any government contract

**Longo Biggs LC**
**1610 Des Oeres Rd. #210**
**Saint Louis, MO 63131**

---

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

| 2.141. | State what the contract or lease is for and the nature of the debtor's interest | Advertising Services Agreement | |
| | State the term remaining | | Lowell P Mckelvey |
| | List the contract number of any government contract | | 3635 SW Hood Avenue |
| | | | Portland, OR 97239 |

| 2.142. | State what the contract or lease is for and the nature of the debtor's interest | Advertising Services Agreement | |
| | State the term remaining | | Lozoya & Lozoya |
| | List the contract number of any government contract | | 15060 Ventura Blvd Ste 211 |
| | | | Sherman Oaks, CA 91403 |

| 2.143. | State what the contract or lease is for and the nature of the debtor's interest | Advertising Services Agreement | |
| | State the term remaining | | Lynch, Schwab & Gasparini, PLLC |
| | List the contract number of any government contract | | 1441 Route 22 Ste 206 |
| | | | Brewwster, NY 10509 |

| 2.144. | State what the contract or lease is for and the nature of the debtor's interest | Advertising Services Agreement | |
| | State the term remaining | | Mangrum & Mangrum Attorneys at Law |
| | List the contract number of any government contract | | 1025 Oakhaven Road |
| | | | Memphis, TN 38119 |

| 2.145. | State what the contract or lease is for and the nature of the debtor's interest | Advertising Services Agreement | |
| | State the term remaining | | Manzoor Law Firm Inc |
| | List the contract number of any government contract | | 3017 Douglas Blvd #104 |
| | | | Roseville, CA 95661 |

| 2.146. | State what the contract or lease is for and the nature of the debtor's interest | Advertising Services Agreement | |
| | State the term remaining | | Mathew Alger, Attorney at Law, P.C |
| | List the contract number of any | | 39210 Road 425B |
| | | | Oakhurst, CA 93644 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.147. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Matthew Hale Attorney at Law** |
| | List the contract number of any government contract | | **PO Box 405**<br>**Seahurst, WA 98062** |

| 2.148. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Matthews, Sanders & Sayes PA** |
| | List the contract number of any government contract | | **825 W 3rd St**<br>**Little Rock, AR 72201** |

| 2.149. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **McCaffrey and Associates** |
| | List the contract number of any government contract | | **PO BOX 23865**<br>**Oklahoma City, OK 73123** |

| 2.150. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **McCarthy Law Group, PLLC** |
| | List the contract number of any government contract | | **231228 Ventura View Lane**<br>**Kaity, TX 77493** |

| 2.151. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **McCarthy Wilson, LLP**<br>**Attn: Nick Andrews** |
| | List the contract number of any government contract | | **2200 Research Blvd Suite 500**<br>**Rockville, MD 20850** |

| 2.152. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | **McGaughey, Bridges, Dunlap PLLC**<br>**313 Western Ave Ste 401**<br>**Seattle, WA 98121** |
|---|---|---|---|

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
government contract          _____

---

**2.153.** State what the contract or
lease is for and the nature of
the debtor's interest

    **Advertising Services Agreement**

State the term remaining

List the contract number of any
government contract

**Mediation and Law Offices of Bradley Bos**
**1300 Clay St Ste 600**
**Oakland, CA 94612**

---

**2.154.** State what the contract or
lease is for and the nature of
the debtor's interest

    **Advertising Services Agreement**

State the term remaining

List the contract number of any
government contract

**Mel W Shelander, Attorney at Law PC**
**245 Fourth**
**Beaumont, FL 77701**

---

**2.155.** State what the contract or
lease is for and the nature of
the debtor's interest

    **Advertising Services Agreement**

State the term remaining

List the contract number of any
government contract

**Mendelsohn Law Offices**
**205 Church St Ste 301**
**New Haven, CT 06510**

---

**2.156.** State what the contract or
lease is for and the nature of
the debtor's interest

    **Advertising Services Agreement**

State the term remaining

List the contract number of any
government contract

**Minora, Krowiak, and Munley**
**Attn: Amil Minora**
**700 Vine St.**
**Scranton, PA 18510-2441**

---

**2.157.** State what the contract or
lease is for and the nature of
the debtor's interest

    **Advertising Services Agreement**

State the term remaining

List the contract number of any
government contract

**Mitchell Warnock LLC**
**1104 Bellevue Ave**
**Dublin, GA 31021**

---

Case 2:20-bk-07265-BKM    Doc 1    Filed 06/17/20    Entered 06/17/20 13:58:56    Desc
Main Document          Page 70 of 133

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.158. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Modjarred & Associates ,PC** |
| | List the contract number of any government contract | | **212 W Spring Valley Rd**<br>**Richardson, TX 75081** |

| 2.159. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Morrin Law Office**<br>**Attn: Rob Morrin** |
| | List the contract number of any government contract | | **214 West Main St.**<br>**Richmond, KY 40475** |

| 2.160. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Noll Law Firm**<br>**Attn:  Richard Noll** |
| | List the contract number of any government contract | | **33 Queens St.**<br>**Syosset, NY 11791** |

| 2.161. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Northcraft, Bigby & Biggs, PC** |
| | List the contract number of any government contract | | **819 Virginia St Ste C-2**<br>**Seattle, WA 98101** |

| 2.162. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Pablo S Hurtado, P.A** |
| | List the contract number of any government contract | | **3880 Colonial Blvd Ste 2**<br>**Fort Myers, FL 33966** |

| 2.163. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Paranjpe & Mahadass LLP**<br>**3701 Kirby Dr #530**<br>**Houston, TX 77098** |
| | List the contract number of any | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | |
|---|---|---|
| 2.164. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** |
| | State the term remaining | |
| | List the contract number of any government contract | **Parente & Norem Law Offices Pc** <br> **211 North Lasalle St, 27th Floor** <br> **Chicago, IL 60601** |
| 2.165. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** |
| | State the term remaining | |
| | List the contract number of any government contract | **Paskel, Tashman & Walker, PC** <br> **24445 Northwestern Hwy #102** <br> **Southfield, MI 48075** |
| 2.166. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** |
| | State the term remaining | |
| | List the contract number of any government contract | **Paul M Orloff** <br> **8402 Florence Ave** <br> **Downey, CA 90240** |
| 2.167. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** |
| | State the term remaining | |
| | List the contract number of any government contract | **Pearson Law** <br> **Attn: Jerry Pearson** <br> **PO Box 347** <br> **Fox Island, WA 98333** |
| 2.168. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** |
| | State the term remaining | |
| | List the contract number of any government contract | **Phalen, Bicknell & Markle** <br> **200 West 4th** <br> **Pittsburg, KS 66762** |
| 2.169. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** |
| | | **Pizana Law Firm** <br> **6222 De Zavala Rd Suite 101** <br> **San Antonio, TX 78249** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining<br><br>List the contract number of any government contract | |

| 2.170. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
|---|---|---|---|
| | State the term remaining<br><br>List the contract number of any government contract | | **Prince Law Firm**<br>**404 North Monroe St**<br>**Marion, IL 62959** |

| 2.171. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
|---|---|---|---|
| | State the term remaining<br><br>List the contract number of any government contract | | **Prosperity Lawyers PC Law Firm**<br>**8515 Manassas Dr Suite 102**<br>**Manassas, VA 20111** |

| 2.172. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
|---|---|---|---|
| | State the term remaining<br><br>List the contract number of any government contract | | **Quinonez Law Firm PLLC**<br>**11890 Vista Del Sol Dr Ste A115**<br>**El Paso, TX 79936** |

| 2.173. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
|---|---|---|---|
| | State the term remaining<br><br>List the contract number of any government contract | | **Rafayel Law Firm**<br>**15260 Ventura Blvd Ste 800**<br>**Sherman Oaks, CA 91403** |

| 2.174. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
|---|---|---|---|
| | State the term remaining<br><br>List the contract number of any government contract | | **Ralph C Petty Attorney at Law**<br>**10 West Broadway Ste 800**<br>**Salft Lake City, UT 84101** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

**2.175.** State what the contract or lease is for and the nature of the debtor's interest

**Advertising Services Agreement**

State the term remaining

List the contract number of any government contract

Randall E. Kay, P.C.
535 Pacific Ave., Ste. 100
San Francisco, CA 94133

---

**2.176.** State what the contract or lease is for and the nature of the debtor's interest

**Advertising Services Agreement**

State the term remaining

List the contract number of any government contract

Rawson Merrigan & Litner LLP
185 Devonshire St Ste 1100
Boston, MA 02210

---

**2.177.** State what the contract or lease is for and the nature of the debtor's interest

**Advertising Services Agreement**

State the term remaining

List the contract number of any government contract

Rehm, Bennett, Moore, Rehm & Ockander PC
3701 Union Dr Ste 200
Lincoln, NE 68516

---

**2.178.** State what the contract or lease is for and the nature of the debtor's interest

**Advertising Services Agreement**

State the term remaining

List the contract number of any government contract

Robert Foster
3100 Devine St.
Columbia, SC 29205

---

**2.179.** State what the contract or lease is for and the nature of the debtor's interest

**Advertising Services Agreement**

State the term remaining

List the contract number of any government contract

Robinson & Allen PLC
48 North Macdonald
Mesa, AZ 85201

---

**2.180.** State what the contract or lease is for and the nature of the debtor's interest

**Advertising Services Agreement**

State the term remaining

List the contract number of any

Rodgers Kee & Card PS
324 West Bay Dr NW Ste 201
Olympia, WA 98502

## ▮ Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.181. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Ronald E Sholes PA** |
| | List the contract number of any government contract | | **9282 Atlantic Blvd** **Jacksonville, FL 32225** |

| 2.182. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Rosenbaum & Wooton, PC** **Attn: Lee Rosenbaum (retired)** |
| | List the contract number of any government contract | | **31 N Tejon St. Suite 316** **Colorado Springs, CO 80903** |

| 2.183. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **S K Lawyers, PLLC** **Attn: Haryn Kraus** |
| | List the contract number of any government contract | | **98 Portsmouth Ave** **Stratham, NH 03885** |

| 2.184. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Sacchetta & Baldino** |
| | List the contract number of any government contract | | **308 E Second St** **Media, PA 19063** |

| 2.185. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Saverance Law Firm LLC** |
| | List the contract number of any government contract | | **210 North Main St** **Bishopville, SC 29010** |

| 2.186. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | **Schneider Law Offices, PLLC** **Attn: Bryan Schneider** |
|---|---|---|---|
| | | | **243 Main St. Suite 250** **New Paltz, NY 12561** |

Case 2:20-bk-07265-BKM    Doc 1    Filed 06/17/20    Entered 06/17/20 13:58:56    Desc
Main Document    Page 75 of 133

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
government contract _____

---

| 2.187. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Schwartz Bon Walker & Studer**<br>**141 S Center St**<br>**Casper, WY 82601** |

---

| 2.188. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Scott Thomas Brewster**<br>**5007 Montoya Ave Apt 28**<br>**Richmond, CA 94805** |

---

| 2.189. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Seigel, Tully, Rouhana & Tully, LLC**<br>**501 Fairmount Ave Ste 100**<br>**Towson, MD 21266** |

---

| 2.190. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Sevenish Law Firm, PC**<br>**101 West Ohio St Ste 1540**<br>**Indianapolis, IN 46204** |

---

| 2.191. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Shambaugh, Kast, Beck & Williams**<br>**229 W Berry St Ste 400**<br>**Fort Wayne, IN 46859** |

---

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.192. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Shane Smith Law** |
| | List the contract number of any government contract | | **3845 W Eau Gallei Blvd Ste 104** **Melbourne, FL 32934** |

| 2.193. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Sheffet & Dvorin, PC** |
| | List the contract number of any government contract | | **88 Pompton Ave** **Verona, NJ 07044** |

| 2.194. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Shelander law Offices** |
| | List the contract number of any government contract | | **245 N 4th St** **Beaumont, TX 77701** |

| 2.195. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Shirley Law Firm** |
| | List the contract number of any government contract | | **431 North Court St** **Elba, AL 36323** |

| 2.196. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Sieben Edmunds PLLC** |
| | List the contract number of any government contract | | **2299 Waters Dr** **Mendota Heights, MN 55120** |

| 2.197. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Siegal & Richardson LLP** |
| | List the contract number of any | | **235 Montgomery  St Ste 1060** **San Francisco, CA 94104** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

Case 2:20-bk-07265-BKM    Doc 1    Filed 06/17/20    Entered 06/17/20 13:58:56    Desc
Main Document      Page 77 of 133

| ■ Additional Page if You Have More Contracts or Leases | |
|---|---|

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | | |
|---|---|---|---|
| 2.198. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
| | State the term remaining | | **Sisneros** |
| | List the contract number of any government contract | | **847 Sansome St Ste 200**<br>**San Francisco, CA 94111** |
| 2.199. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
| | State the term remaining | | **Smith Dollar** |
| | List the contract number of any government contract | | **418 B Street, Fourth Floor**<br>**Alameda, CA 94501** |
| 2.200. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
| | State the term remaining | | **South Shor Injury Attorneys**<br>**Attn: Frank Mora** |
| | List the contract number of any government contract | | **PO BOX 3605**<br>**Apollo Beach, FL 33572** |
| 2.201. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
| | State the term remaining | | **Spall, Rydzwski, Anderson, Lalley & Tunn** |
| | List the contract number of any government contract | | **2573 Route C**<br>**Hawley, PA 18428** |
| 2.202. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
| | State the term remaining | | **Spence Lawyers**<br>**Attn: Dennis K Wallin** |
| | List the contract number of any government contract | | **1600 Mountain Rd NW**<br>**Albuquerque, NM 87104** |
| 2.203. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | **Sperling Law Offices, LLC**<br>**100 East Wisconsin Ave Ste 1020**<br>**Milwaukee, WI 53202** |

Case 2:20-bk-07265-BKM    Doc 1    Filed 06/17/20    Entered 06/17/20 13:58:56    Desc
Main Document      Page 78 of 133

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
    government contract        _____

---

| 2.204. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** |
|---|---|---|

State the term remaining

List the contract number of any
    government contract

**Stein and Troiani, PC**
**Attn: Michael Troiani**
**166 East Levering Mill Road Suite 205**
**Bala Cynwyd, PA 19004**

---

| 2.205. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** |
|---|---|---|

State the term remaining

List the contract number of any
    government contract

**Steven A. Ediger**
**4800 Rainbow Blvd**
**Mission, KS 66205**

---

| 2.206. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** |
|---|---|---|

State the term remaining

List the contract number of any
    government contract

**Strauch, Green & Mistretta PC**
**911 Pavesrstone Dr Ste F**
**Raleigh, NC 27615**

---

| 2.207. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** |
|---|---|---|

State the term remaining

List the contract number of any
    government contract

**Supinka & Supinka PC**
**983 Philadelphia St**
**Indianapolis, PA 15701**

---

| 2.208. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** |
|---|---|---|

State the term remaining

List the contract number of any
    government contract

**Sutherland & Belk, PLLC**
**2505 21st Ave. S**
**Suite 400**
**Nashville, TN 37212**

---

Case 2:20-bk-07265-BKM    Doc 1    Filed 06/17/20    Entered 06/17/20 13:58:56    Desc
Main Document    Page 79 of 133

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.209. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Sutton & Smyth LLP** |
| | List the contract number of any government contract | | **99 Wall St, Ste. 1934**<br>**New York, NY 10005** |

| 2.210. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Svingen Cline & Larson** |
| | List the contract number of any government contract | | **125 S Mill St**<br>**Fergus Falls, MN 56537** |

| 2.211. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Swartz Culleton PC** |
| | List the contract number of any government contract | | **547 Washington Ave**<br>**Newtown, PA 18940** |

| 2.212. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Talley, Turner & Bertman Law Offices** |
| | List the contract number of any government contract | | **219 East Main St**<br>**Norman, OK 73069** |

| 2.213. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Taylor King Law** |
| | List the contract number of any government contract | | **410 N Thompson Street Ste B**<br>**Springdale, AR 72764** |

| 2.214. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Teperman and Teperman LLC** |
| | List the contract number of any | | **15 East 40th St., Ste. 800**<br>**New York, NY 10016** |

Case 2:20-bk-07265-BKM    Doc 1    Filed 06/17/20    Entered 06/17/20 13:58:56    Desc
Main Document      Page 80 of 133

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.215. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** |
|---|---|---|

State the term remaining

List the contract number of any government contract

**The Berry Law Firm**
**Attn: Erik Fern**
**6940 O Street, Suite 400, PO Box 4554**
**Lincoln, NE 68510**

| 2.216. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** |
|---|---|---|

State the term remaining

List the contract number of any government contract

**The Booker Law Firm**
**4801 Woodway Dr Suite 300e**
**Houston, TX 77056**

| 2.217. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** |
|---|---|---|

State the term remaining

List the contract number of any government contract

**The Decker Law Firm PC**
**472 Bartram Street**
**Atlanta, GA 30316**

| 2.218. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** |
|---|---|---|

State the term remaining

List the contract number of any government contract

**The Emory Law Firm, P.C.**
**11020 David Taylor Dr. Suite #102**
**Charlotte, NC 28262**

| 2.219. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** |
|---|---|---|

State the term remaining

List the contract number of any government contract

**The Kahn Law Firm**
**Attn: Jennifer Hodges**
**2225 County Road 90, Suite 109**
**Pearland, TX 77584**

| 2.220. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** |
|---|---|---|

**The Law Office of Troy P Owens, Jr.**
**2400 Fenton St Ste 216**
**Chula Vista, CA 91914**

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| 2.221. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **The Law Offices of James Vasquez PC** |
| | List the contract number of any government contract | | **433 Clifton Ave**<br>**Clifton, NJ 07011** |

| 2.222. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **The Law Offices of Sean C Donohue** |
| | List the contract number of any government contract | | **111 Huntington St Ste 1**<br>**London, CT 06320** |

| 2.223. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **The Mark Law Firm LLC** |
| | List the contract number of any government contract | | **403 King George Rd Ste 201**<br>**Basking Ridge, NJ 07920** |

| 2.224. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **The Massey Law Firm PC** |
| | List the contract number of any government contract | | **14300 N Northsight Blvd Ste 105**<br>**Scottsdale, AZ 85260** |

| 2.225. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **The Orlando Law Group Pl** |
| | List the contract number of any government contract | | **12301 Lake Underhill Rd Ste 213**<br>**Orlando, FL 32828** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case 2:20-bk-07265-BKM    Doc 1    Filed 06/17/20    Entered 06/17/20 13:58:56    Desc
Main Document    Page 82 of 133

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.226. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **The Pearson Law Firm PS** |
| | List the contract number of any government contract | | **165 Northeast Juniper Ste 200 Issaquah, WA 98207** |

| 2.227. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **The Pirnia Law Group, Professional Corpo** |
| | List the contract number of any government contract | | **8549 Wilshire Blvd Ste 1193 Beverly Hills, CA 90211** |

| 2.228. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **The Pryor Law Firm, LLC Attn: Kenneth A. Pryor** |
| | List the contract number of any government contract | | **186 Joralemon St., Suite 701 Brooklyn, NY 11201** |

| 2.229. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **The Pryor Law Firm, LLC Attn: Kenneth A. Pryor** |
| | List the contract number of any government contract | | **666 Old Country Rd., Ste. 305 Garden City, NY 11530** |

| 2.230. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **The Russo Firm Attn: Richard Russo** |
| | List the contract number of any government contract | | **3119 Newton Ave #7 Astoria, NY 11102** |

| 2.231. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **TTB Law Attn:  Josh Turner** |
| | List the contract number of any | | **219 East Main Street Norman, OK 73069** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | |
|---|---|---|
| 2.232. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** |
| | State the term remaining | **Vasilaros & Wagner** |
| | List the contract number of any government contract | **721 Beville Rd**<br>**South Daytona   32119** |

| | | |
|---|---|---|
| 2.233. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** |
| | State the term remaining | **VG Law** |
| | List the contract number of any government contract | **633 SE 3rd Ave Suite 302**<br>**Fort Lauderdale, FL 33301** |

| | | |
|---|---|---|
| 2.234. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | **Wallin Huss & Mendez Law Firm LLC** |
| | List the contract number of any government contract | **PO BOX 696**<br>**Moriarty, NM 87035-0696** |

| | | |
|---|---|---|
| 2.235. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** |
| | State the term remaining | **Warren & Simpson, P.C** |
| | List the contract number of any government contract | **105 NOrth Side Square**<br>**Huntsville, AL 35801** |

| | | |
|---|---|---|
| 2.236. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** |
| | State the term remaining | **Wigod and Falzon P.C.** |
| | List the contract number of any government contract | **Attn: Lawrence Falzon**<br>**25899 W 12 Mile Rd Suite 200**<br>**Southfield, MI 48034** |

| | | |
|---|---|---|
| 2.237. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Services Agreement** |
| | | **William Enoch Andrews**<br>**222 S. Main Street, Ste. 500**<br>**Salt Lake City, UT 84101** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com             Best Case Bankruptcy

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
government contract        _____

---

**2.238.** State what the contract or lease is for and the nature of the debtor's interest

    **Advertising Services Agreement**

State the term remaining

List the contract number of any
government contract

**William G Skemp Law SC
123 South Seventh St PO Box 519
La Crosse, WI 54602**

---

**2.239.** State what the contract or lease is for and the nature of the debtor's interest

    **Advertising Services Agreement**

State the term remaining

List the contract number of any
government contract

**William John Fahres
31105 Fallen Falcon Trail
Oak Creek, CO 80467**

---

**2.240.** State what the contract or lease is for and the nature of the debtor's interest

    **Advertising Services Agreement**

State the term remaining

List the contract number of any
government contract

**Zelenitz, Shapiro & D'Agostino, P.C
138-44 Queens Blvd 2nd Floor
Briarwood, NY 11435**

---

**2.241.** State what the contract or lease is for and the nature of the debtor's interest

    **Advertising Services Agreement**

State the term remaining

List the contract number of any
government contract

**Zinder & Koch PLC
700 N Brand Blvd. #400
Glendale, CA 91203**

---

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                          12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

    **1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

    **2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
    creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
    on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Brian A. Lynch** | **2475 Valejo St., No. 1**<br>**San Francisco, CA 94123-4638** | **State of California -Labor Commissioner** | ☐ D _____<br>■ E/F ___2.23___<br>☐ G _____ |
| 2.2 | **Jade Lynch** | **5120 Kelton Lane**<br>**Scottsdale, AZ 85254** | **William Enoch Andrews** | ☐ D _____<br>■ E/F ___3.72___<br>☐ G _____ |
| 2.3 | **Lisa K. Lynch** | **10810 N. Tatum Blvd., Ste. 102-324**<br>**Phoenix, AZ 85028** | **Silver Capital** | ■ D ___2.5___<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Randall W. and Lisa K. Lynch** | **10810 N. Tatum Blvd., Ste. 102-324**<br>**Phoenix, AZ 85028** | **State of California -Labor Commissioner** | ☐ D _____<br>■ E/F ___2.23___<br>☐ G _____ |
| 2.5 | **Randall W. Lynch** | **10810 N. Tatum Blvd., Ste. 102-324**<br>**Phoenix, AZ 85028** | **Silver Capital** | ■ D ___2.5___<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **R.W. Lynch Co., Inc.** | Case number *(if known)* | |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|

| 2.6 | **Randy and Lisa Lynch** | **10810 N. Tatum Blvd., Ste. 102-324 Phoenix, AZ 85028** | **William Enoch Andrews** | ☐ D _____ ■ E/F __3.72__ ☐ G _____ |

| 2.7 | **Wayne Lynch** | **563 Center Street Phoenix, AZ 85042** | **William Enoch Andrews** | ☐ D _____ ■ E/F __3.72__ ☐ G _____ |

Fill in this information to identify the case:

Debtor name     **R.W. Lynch Co., Inc.**

United States Bankruptcy Court for the:     DISTRICT OF ARIZONA

Case number (if known)

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

### Part 1:     Income

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **5/01/2020** to **Filing Date** | ☐ Operating a business<br>■ Other     **Business Income** | **$0.00** |
| **For prior year:**<br>From **5/01/2019** to **4/30/2020** | ☐ Operating a business<br>■ Other     **Business Income** | **$13,122,978.00** |
| **For year before that:**<br>From **5/01/2018** to **4/30/2019** | ☐ Operating a business<br>■ Other     **Business Income** | **$8,805,933.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits,
    and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2:     List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before
    filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22
    and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed
    or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Randall and Lisa Lynch**<br>**10810 N. Tatum Blvd., Ste. 102-324**<br>**Phoenix, AZ 85028**<br>**Shareholders** | **January -**<br>**December**<br>**2019** | $118,377.52 | **Shareholder compensation** |
| 4.2. **Brian Lynch**<br>**2475 Valejo St., No. 1**<br>**San Francisco, CA 94123-4638**<br>**CEO** | **January -**<br>**November**<br>**2019** | $82,952.17 | **Repayment of Personal Loans**<br>**to Company - see Itemization**<br>**attached hereto** |
| 4.3. **Amy Lynch**<br>**2475 Valejo St., No. 1**<br>**San Francisco, CA 94123-4638**<br>**Spouse of CEO Brian Lynch and**<br>**Employee** | **Jan - Nov.**<br>**2019** | $4,694.02 | **Employee compensation** |
| 4.4. **Lori R. Lynch**<br>**c/o John E. Manoogian, Esq.**<br>**800 S. Broadway, Ste. 304**<br>**Walnut Creek, CA 94596**<br>**Ex-spouse of CEO Brian Lynch** | **January -**<br>**November**<br>**2019** | $5,500.00 | **Court ordered spousal**<br>**maintenance** |
| 4.5. **P. Fjellbo**<br>**c/o Brian Lynch**<br>**2475 Valejo St., No. 1**<br>**San Francisco, CA 94123-4638**<br>**Mother of CEO Brian Lynch** | **Jan. - Nov.**<br>**2019** | $2,959.70 | **Reimbursement for payments**<br>**made by P. Fjellbo on her**<br>**personal credit card to State**<br>**Farm and to Farmers Insurance** |
| 4.6. **Brian Lynch**<br>**2475 Valejo St., No. 1**<br>**San Francisco, CA 94123-4638**<br>**CEO** | **Jan - Nov.**<br>**2019** | $5,800.00 | **Cash Withdrawals made by B.**<br>**Lynch to pay various vendors,**<br>**which had required cash**<br>**payment to continue business** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **JPMorgan Chase Bank** | **Range Rover driven by Brian Lynch**<br>**Returned at end of lease; possible**<br>**deficiency balance owing** | | **Unknown** |

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was<br>taken | Amount |
|---|---|---|---|

**Part 3:**  Legal Actions or Assignments

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| | | | |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

<h2>Part 4:    Certain Gifts and Charitable Contributions</h2>

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| | | | |

<h2>Part 5:    Certain Losses</h2>

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

<h2>Part 6:    Certain Payments or Transfers</h2>

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Engelman Berger, P.C.**<br>**2800 N. Central Avenue**<br>**Suite 1200**<br>**Phoenix, AZ 85004** | | **09/30/2019 -**<br>**$5,000.00**<br>**03/23/2020 -**<br>**$5,000.00** | **$10,000.00** |
| | Email or website address<br>**www.eblawyers.com** | | | |
| | Who made the payment, if not debtor?<br>**Randall and Lisa Lynch** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case

Case 2:20-bk-07265-BKM    Doc 1    Filed 06/17/20    Entered 06/17/20 13:58:56    Desc
Main Document    Page 90 of 133

to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1 . | Lisa Lynch<br>10810 N. Tatum Blvd.<br>Suite 102-324<br>Phoenix, AZ 85028 | 2018 Mercedes GL450<br>Lease assumed in Shareholder's name | 10-11-19 | Unknown |
| | **Relationship to debtor**<br>Shareholder | | | |
| 13.2 . | Lori R. Lynch<br>c/o John E. Manoogian, Esq.<br>800 S. Broadway, Ste. 304<br>Walnut Creek, CA 94596 | Checks written from Debtor's account for spousal maintenance under Court order. Following malware attack, payroll records were lost, B. Lynch was not being compensated via typical payroll, and court-ordered payroll deductions could not be made. | April - December 2018 | $30,600.00 |
| | **Relationship to debtor**<br>Ex-Spouse of CEO B. Lynch | | | |
| 13.3 . | Amy Lynch<br>2475 Valejo St., No. 1<br>San Francisco, CA<br>94123-4638 | Checks written from Debtor's account for employee compensation. Following malware attack, payroll records were lost, employees were no longer being compensated through typical payroll system, and checks were cut from Company account to cover certain employee compensation. | April - December 2018 | $14,214.00 |
| | **Relationship to debtor**<br>Spouse of CEO B. Lynch | | | |

**Part 7:    Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| 14.1.    2333 San Ramon Blvd., No. 300<br>San Ramon, CA 94583 | |

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ☑ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ☑ No.
   ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ☐ No. Go to Part 10.
   ☑ Yes. Does the debtor serve as plan administrator?

   ☐ No Go to Part 10.
   ☑ Yes. Fill in below:

   | Name of plan | Employer identification number of the plan |
   |---|---|
   | **401-K T-Rowe Price** | EIN: |

   Has the plan been terminated?
   ☐ No
   ☐ Yes

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

   ☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| Unknown - Records Lost in Malware Attack | Sheri Webber | Business Files Only; no value | ■ No<br>☐ Yes |

**Part 11:**   Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**   Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Annette Pedraza**<br>5377 Rainflower Drive<br>Livermore, CA 94551-1366 | **2015 - 2019** |
| 26a.2. **Brian Lynch**<br>2475 Valejo St., No. 1<br>San Francisco, CA 94123-4638 | **2015 - Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Randall W. Lynch | 10810 N. Tatum Blvd., Ste. 102-324<br>Phoenix, AZ 85028 | Shareholder/Chairman/Director | 50% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Lisa K. Lynch | 10810 N. Tatum Blvd., Ste. 102-324<br>Phoenix, AZ 85028 | Shareholder/Exec. VP/Director | 50% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Brian Lynch | 2475 Valejo St., No. 1<br>San Francisco, CA 94123-4638 | CEO/Director | 0 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Brian Lynch**<br>**2475 Valejo St., No. 1**<br>**San Francisco, CA**<br>**94123-4638** | **81,131.39** | **January - November 2019** | **Repayment of loans Itemization provided as Exhibit to SOFA, Question 4** |
| | Relationship to debtor<br>**CEO** | | | |
| 30.2. | **Randall and Lisa Lynch**<br>**10810 N. Tatum Blvd., Ste.**<br>**102-324**<br>**Phoenix, AZ 85028** | **118,377.52** | **January - December 2019** | **Shareholder compensation** |
| | Relationship to debtor<br>**Shareholders** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

| **Part 14:** | **Signature and Declaration** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 17, 2020**

**/s/ Randall W. Lynch**                               **Randall W. Lynch**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Chairman/Director**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☒ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

ITEMIZATION FOR STATEMENT OF FINANCIAL AFFAIRS – QU. 4

<u>TRANSFERS MADE BY DEBTOR FOR THE BENEFIT OF BRIAN LYNCH, CEO</u>

As reflected on Schedule F, CEO Brian Lynch made certain loans to the Debtor beginning in 2015, a portion of which were repaid by the Debtor.  The loans were:

- $650,000 from Brian Lynch personally
  - Substantially repaid over 4 years
  - Balance Principal and Interest remaining $190,000
  - Loan Balance based upon valuation determined in divorce proceedings

- $80,000 from Custodial Investment Accounts at Charles Schwab f/b/o Children of Brian Lynch
  - Loans made in 2017 and 2018
  - No repayment made

- $140,000  from College Savings Plans f/b/o Children of Brian Lynch
  - Payment of $1,690 made
  - Balance $138,310

- $10,000 paid on Brian Lynch's personal credit card to pay Debtor's accounting firm, BPM Accounting and Consulting.
  - No repayment made.

**The Debtor made the following payments as repayment to Brian Lynch for the above loans.  Said amounts have been credited for purposes of Brian Lynch's claims herein.**

**<u>April - December 2018</u>:**
**$1,820.78 paid to PG&E for personal utilities;**

**<u>January - November 2019</u>:**
**$69,556.81 paid to Brian Lynch as compensation;**
**$5,358.34 paid to PG&E for personal utilities;**
**$2,084.86 paid to CarMax re personal auto;**
**$446.87 paid to Recology Trash Co. for personal household;**
**$2,929.88 paid to Macys for personal credit repayment; and**
**$754.63 paid to City Services for personal water bill.**

**TOTAL:      $82,952.17**

# United States Bankruptcy Court
## District of Arizona

In re  **R.W. Lynch Co., Inc.**                                            Case No. _____

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ Debtor(s)         Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **5,000.00** |
| Prior to the filing of this statement I have received | $ | **5,000.00** |
| Balance Due | $ | **0.00** |

2.  $ **0.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

   ☐ Debtor        ☑ Other (specify):     **Randall and Lisa Lynch**

4.  The source of compensation to be paid to me is:

   ☑ Debtor        ☐ Other (specify):

5.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]
      **1. Counseling debtor in the preparation of the Chapter 7 petition including all of the schedules related thereto.**
      **2. Attending hearings that arise in the administration of this case, except as stated below.**
      **3. Fielding phone calls from creditors to advise them of the bankruptcy filing.**
      **4. Cooperating with the Chapter 7 trustee to assure prompt administration of the case.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **1. Defending debtor against any complaint filed by the trustee or any party-in-interest to deny a discharge.**
      **2. Defending debtor against any complaint filed by any creditor to except its debt from discharge.**
      **3. Prosecuting any complaint to determine that any indebtedness is dischargeable.**
      **4. Defending debtor against any complaint filed by the trustee to avoid or recover any transfer of property that debtor has made before the filing of the Chapter 7 petition.**
      **5. The preparation for or appearance at any Rule 2004 examination of debtor.**
      **6. Defending debtor against any motion by any secured creditors to lift the automatic stay against lien enforcement.**

In re    __R.W. Lynch Co., Inc.__ _____      Case No. _____

                            Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
## (Continuation Sheet)

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| __June 17, 2020__ | __/s/ Bradley D. Pack__ |
| _Date_ | __Bradley D. Pack 023973__ |
| | _Signature of Attorney_ |
| | __Engelman Berger, P.C.__ |
| | __2800 North Central Avenue__ |
| | __Suite 1200__ |
| | __Phoenix, AZ 85004__ |
| | __602.271.9090  Fax: 602.222.4999__ |
| | __bdp@eblawyers.com__ |
| | _Name of law firm_ |

# United States Bankruptcy Court
## District of Arizona

In re    **R.W. Lynch Co., Inc.**

Debtor(s)

Case No. _____

Chapter    **7**

☐ Check if this is an
Amended/Supplemental Mailing List
(Include only newly added or
changed creditors.)

# MAILING LIST DECLARATION

I, the Chairman/Director of the corporation named as the debtor in this case, do hereby certify, under penalty of perjury, that

the Master Mailing List, consisting of __**32**__ sheet(s), is complete, correct and consistent with the debtor(s)' Schedules.

Date:    **June 17, 2020**

**/s/ Randall W. Lynch**
**Randall W. Lynch/Chairman/Director**
Signer/Title

Date:    **June 17, 2020**

**/s/ Bradley D. Pack**
Signature of Attorney
**Bradley D. Pack 023973**
**Engelman Berger, P.C.**
**2800 North Central Avenue**
**Suite 1200**
**Phoenix, AZ 85004**
**602.271.9090  Fax: 602.222.4999**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

R.W. Lynch Co., Inc. -

INTERNAL REVENUE SERVICE
P.O. BOX 21126
PHILADELPHIA PA 19114

AAA OFFICE SUPPLIES
18914 142ND AVE NE #155
WOODINVILLE WA 98072

ACCIDENT LAWYERS, P.A
1063 PARK AVENUE
ORANGE PARK FL 32073

ADELIA JONES KAUFMAN
4312 AYLESBURY DR
KNOXVILLE TN 37918

ADVOCATE LAW FIRM
4 PARK PLAZA , SUITE 360
IRVINE CA 92614

AETNA
151 FARMINGTON AVE.
HARTFORD CT 06156

AINLEY HOOVER
200 N POPLAR ST
PARIS TN 38242

AKMAN & ASSOCIATES LLC
1402 FRONT AVE
LUTHERVILLA MD 21093

AKRASH LAW, LLP
8383 WHILSHIRE BLVD #800
BEVERLY HILLS CA 90211

ALCORN SAGE SCHWARTZ & MAGRATH, LLP
ONE WEST 6TH ST
MADISON IN 47250

ALTUS RECEIVABLE
2400 VETERANS MEMORIAL BLVD., SUITE 300
KENNER LA 70062

AMERICAN EXPRESS BANK, FSB
4315 S. 2700 WEST
SALT LAKE CITY UT 84184


AMERICAN JUSTICE MAGAZINE
321 NORTH CLARK STREET
CHICAGO IL 60654


ANDERSON & ASSOCIATES PC
8900 KEYSTONE CROSSING STE 1100
INDIANAPOLIS IN 46240


ANNETTE PEDRAZA
5377 RAINFLOWER DRIVE
LIVERMORE CA 94551-1366


ANTHEM BLUE CROSS
C/O THE RECEIVABLE MANAGEMENT SVS LLC
P.O. BOX 19646
MINNEAPOLIS MN 55419


ANTHONY RAMIREZ
UNABLE TO LOCATE


APELT
20600 CHAGRIN BLVD #800 TOWER EAST
BEACHWOOD OH 44122


ARATA, SWINGLE, VAN EGMOND & HEITLINGER
1207 I ST
MODESTO CA 95354


ARIZONA DEPARTMENT OF ECONOMIC SECURITY
PO BOX 6028
PHOENIX AZ 85005-6028


ARIZONA DEPARTMENT OF REVENUE
ATTENTION: BANKRUPTCY SECTION
1600 WEST MONROE
PHOENIX AZ 85007


ASPROMONTE
30 VESEY ST
NEW YORK NY 10007

R.W. Lynch Co., Inc. -

AT&T
C/O BANKRUPTCY
4331 COMMUNICATIONS DR., FL. 4W
DALLAS TX 75211


BARRETT & PAVLUK LLC
1200 EAGLE AVE #204
ASBURY PARK NJ 07712


BARRON LAW FIRM, PLLC
1012 W 2ND ST
LITTLE ROCK AR 72201


BARTLETT LEGAL GROUP, LLC
ATTN: FRANK BARTLETT JR.
36 WALLINGFORD RD
CHESHIRE CT 06410


BASS & RUBINOWITZ
420 JERICHO TURNPIKE
JERICHO NY 11753


BASS & RUBINOWITZ
420 JERICHO TPKE
JERICHO NY 11753


BAUMAN & KUNKIS
225 W 34TH ST #2208
NEW YORK NY 10122


BAY ALARM
1406 W 14TH ST
TEMPE AZ 85281


BENCE LAW FIRM
544 EAST GLENN AVE
AUBURN AL 36830


BENNETT LANE WINERY
C/O RANDALL LYNCH
10810 N. TATUM BLVD., STE. 102-324
PHOENIX AZ 85028

R.W. Lynch Co., Inc. -

BERG & ROBESON P.C
1217 S 6TH ST
SPRINGFIELD IL 62705


BEYERS LAW, LLC
80 E CEDAR ST
ZIONSVILLE IN 46077


BOBBY BRIGGS LAW
502 W 6TH ST
TULSA OK 74119


BORDER LAW OFFICE
ATTN: DEAN BORDER
12300 MENAUL BLVD NE
ALBUQUERQUE NM 87112


BPM ACCOUNTING AND CONSULTING
600 CALIFORNIA ST., STE. 600
SAN FRANCISCO CA 94108


BRADLEY WURSTER
2436 REPUBLICAN TRAIL BLVD
LEANDER TX 78641


BRIAN LYNCH
2475 VALEJO ST., NO. 1
SAN FRANCISCO CA 94123-4638


BRUCE KIM
3862 NOEAU ST #A
HONOLULU HI 96816


BRYAN & COMPANY CALGARY LLP
STE 320 8 WEST 903 8TH AVE SW
CALGARY - CANANDA TSP OP7


BUBBLES OF JOY
75 W BASELINE RD #25
GILBERT AZ 85233


BURK SCHULTZ HARMAN & JENKINSON
85 AIKENS CENTER
MARTINSBURG WV 25401

R.W. Lynch Co., Inc. -

BYRD & BYRD LLC
ATTN: TOBY BYRD
14300 GALLANT FOX LN STE 120
BOWIE MD 20715

CALIFORNIA CHAMBER OF COMMERCE
1215 K STREET, SUITE 1400
SACRAMENTO CA 95814

CARABIN AND SHAW P.C.
630 BROADWAY ST
SAN ANTONIO TX 78215

CARL A PICCARRETA PC
3507 NORTH CAMPBELL AVE STE 111
TUCSON AZ 85719

CARL CANNON
3600 W. RAY ROAD
CHANDLER AZ 85226

CARPANI AND GORDON, P.A
14109 OVERBROOK RD, SUITE B
LEAWOOD KS 66224

CARRIERI & CARRIERI PC
200 OLD COUNTRY RD
MINEOLA NY

CARTER WOLDEN CURTIS LLP
1111 EXPOSITION BLVD STE 602
SACRAMENTO CA 95815

CBR TECHNOLOGY
15581 SUNBURST LANE
HUNTINGTON BEACH CA 92647

CENTER PLAZA SR LLC
C/O AVIV L. TUCHMAN, TUCHMAN & ASSOCIATE
6080 W. PICO BLVD.
LOS ANGELES CA 90035

CERTA LAW GROUP, PS
320 DAYTON ST #260
EDMONDS WA 98020

R.W. Lynch Co., Inc. -


CHAMBERS & NORONHA, PC
2070 N TUSTIN AVE
SANTA ANA CA 92705


CHAPMAN LEWIS AND SWAN
ATTN: RALPH CHAPMAN
501 FIRST ST., PO BOX 428
CLARKSDALE MS 38614


CHOICE CARRER FAIRS
8550 W. DESERT INN RD. SUITE 102-204
LAS VEGAS NV 89117


CHRISTENSON LAW FIRM, LLP
472 W PUTNAM AVE
PORTERVILLE CA 93257


CLINE JENSEN OA
125 SOUTH MILL
FERGUS FALLS MN 56537


COMFORT USA
6875 W GALVESTON ST,
CHANDLER AZ 85226


CONCHIN, CLOUD & COLE LLC
2404 COMMERCE COURT
HUNTSVILLE AL 35801


COOK, VETTER, DOERHOFF & LANDWEHR PC
231 MADISON ST
JEFFERSON CITY MO 65101


CORODATA
740 NATIONAL COURT
RICHMOND CA 94804


CORPORATION SERVICE CO., AS AGENT
P.O. BOX 2576
SPRINGFIELD IL 62708


COUCH & FIRTH LLC
300 RIVERCHASE GALLERIA #750
BIRMINGHAM AL 35244

R.W. Lynch Co., Inc. -

COX BUSIENSS SERVICES
PO BOX 53249
PHOENIX AZ 85072


CRAIG J. OLSEN
8875 HIDDEN RIVER PKWY.
TAMPA FL 33637


CRESSMAN LAW FIRM PA
13350 W. COLONIAL DR #350
WINTER GARDEN FL 34787


CRISTOBAL M GALINDO PC
4151 SOUTHWEST FREEWAY STE 602
HOUSTON TX 77027


CYNTHIA ONG CARUANA
3901 LICKMILL BLVD., NO. 422
SANTA CLARA CA 95054


CYNTHIA ROBERTS
UNABLE TO LOCATE


D BAKER MCINTYRE, III ATTORNEY
209 E WOODLAWN RD STE 118
CHARLOTTE NC 28217


DANIEL M RODDY LLC
13321 S OUTER FORTY RD #100
CHESTERFIELD MO 63017


DAVID CONWAY
124C SOUTH GOOSE CREEK BLVD
PO BOX 938
GOOSE CREEK SC 29445


DAVID WAHL
424 SYCAMRE CIR.
DANVILLE CA 94526


DEAKLE SCHOLTIS & HAMIL LLC
160 CONGRESS STREET
MOBILE AL 36603

R.W. Lynch Co., Inc. -

DEAN WAITE & ASSOCIATES LLC
412 DAUPHIN ST #BB
MOBILE AL 36602


DELL FINANCIAL SERVICES LLC
MAIL STOP PS2DF-23 ONE DELL WAY
ROUND ROCK TX 78682


DENNIS A LOPEZ AND ASSOCIATES
210 N PIERCE ST.
TAMPA FL 33602


DEVKOTA LAW FIRM, LLC
4010 WASHINGTON ST SUITE 350
KANSAS CITY MO 64111


DIACO LAW
605 SOUTH BLVD
TAMPA FL 33606


DIALOGTECH
120 S RIVERSIDE PLAZA, STE. 1100
CHICAGO IL 60606


DINER'S CLUB
P.O. BOX 6002
CAROL STREAM IL 60197


DOCUSIGN
NACM, BUS CREDIT SERV, COLLECTION DIV.
910 SW SPOKANE ST., BLDG. A
SEATTLE WA 98134


DON BROWN
13102 EASTPOINT PARK BLVD STE 200
LOUISVILLE KY 40233


DON MATTHEWS & ASSOCIATES, P.A
1700 MEDICAL LANE STE 103
FORT MYERS FL 33907


DURBIN LAW FIRM
1602 SOUTH MAIN
TULSA OK 74119

R.W. Lynch Co., Inc. -


DURBIN LAW FIRM, PLLC
1602 S. MAIN STREET
TULSA OK 74119


EDMISTON AND COLTON
ATTN: SHANE COLTON
310 GRAND AVE
BILLINGS MT 59101


EDWARD BECK
229 WEST BERRY ST SUITE 400
FORT WAYNE IN 46802


EDWARD GALE
C/O LEONARD, O'BRIEN, SPENCER ET AL.
100 SOUTH FIFTH ST., SUITE 2400
MINNEAPOLIS MN 55402


ELAVON, INC.
C/O SCOTT WELTMAN, WELTMAN, WEINBERG
323 W. LAKESIDE AVE., STE. 200
CLEVELAND OH 44113


EMERSEN SCOTT, LLP
1301 SCOTT ST
LITTLE ROCK AR 72202


ERIN BERSTEIN PC
260 MADISON AVE
NEW YORK NY 10016


ERIN OLSON
C/O OLSONWORKS CONSULTING
71 STEVENSEN STREET, STE. 400
SAN FRANCISCO CA 94105


ESTEBAN R CALLEJAS
441 FRAZEE AVE STE B
BOWLING GREEN OH 43402


EXPRESS EMPLOYMENT AGENCY
1798 TECHNOLOGY DR., STE. 139
SAN JOSE CA 95110

R.W. Lynch Co., Inc. -


FASTMETRICS
1 HALLIDIE PLAZA #838
SAN FRANCISCO CA 94102


FEDEX
3965 AIRWAYS, MODULE G
MEMPHIS TN 38116


FIRST AMERICAN PAYMENT SYSTEMS
C/O COMM. SERVICES GROUP, INC.
4965 U.S. HWY. 42, STE. 1500
LOUISVILLE KY 40222


FITZPATRICK, SKEMP & ASSOCIATES, LLC
ATTN: WILLIAM SKEMP
123 7TH STREET S
LA CROSSE WI 54601


FOSTER LAW FIRM, LLC
601 EAST MCBEE AVE STE 104
GREENVILLE SC 29601


FRANK LAW GROUP PC
1517 LINCOLN WAY
AUBURN CA 95603


FRANKS, GERKIN & MCKENNA
19333 E GRANT HIGHWAY
MARENGO IL 60152


FREEADVICE
UNABLE TO LOCATE


FRIEDMAN, HIRSCHEN & MILLER, LLP
ATTN: JEFF MILLER
100 GREAT OAKS BLVD STE 124, PO BOX 3827
ALBANY NY 12203


FRISH LAW GROUP, APLC
18607 VENTURA BLVD #314
TARZANA CA 91356

R.W. Lynch Co., Inc. -

GALINDO LAW
ATTN: CRISTOBAL GALINDO
4151 SOUTHWEST FWY #602
HOUSTON TX 77027


GALLO CAZORT AND CO.
ATTN: MEGHAN M. GALLO
1 HALSTED CIRCLE, SUITE 4
ROGERS AR 72756


GAMMILL, MONTGOMERY, MALTESTA, PLLC
3900 LAKELAND DR, SUITE 401
FLOWOOD MS 39232


GAVIN LAWRENCE ROBBINS
1120 S MAIN ST, PO BOX 814
CHESHIRE CT 06410


GAVIN, DONLEY & OSTLUND, LTD
1017 HENNEPIN AVE
GLENCOE MN 55336


GOICOECHEA LAW
826 MAIN ST.
LEWISTON ID 83501


GOOGLE
1600 AMPITHEATRE PARKWAY
MOUNTAIN VIEW CA 94043


GOR AND ASSOCIATES
3435 WILSHIRE BLVD, SUITE 1710
LOS ANGELES CA 90010


GRAHAM & JENSEN LLP
17 EXECUTIVE PARK DR STE 115
ATLANTA GA 30329


GROTH LAW FIRM, S.C
11063 W BLUEWOOD ROAD
MILWAUKEE WI 53226


GUILD MORTGAGE
3075 W. RAY ROAD, STE. 110
CHANDLER AZ 85226

R.W. Lynch Co., Inc. -

GURFEIN DOUGLAS LLP
11 PARK PLACE STE 1100
NEW YORK NY 10007

HAGG DORSEY & HAGG
ATTN: WHITING HAGG
601 WEST BLVD
RAPID CITY SD 57701

HANOVER PARL LAW FIRM, MARITOTE LAW
ATTN: R. MARK MARITOTE
1060 E LAKE ST #1
HANOVER PARK IL 60133

HARRY S. COHEN AND ASSOCIATES
ATTN: DOUG PRICE
TWO CHATHAM CENTER, SUITE 985
PITTSBURGH PA 15219

HARTFORD INSURANCE
690 ASYLUM AVENUE
HARTFORD CT 06155

HERZOGG INSURANCE CO.
235 MAIN ST, PLEASANTON
PLEASANTON CA 94566

HINKLE LAW FIRM
ATTN: CLOYD HINKEL
3939 SAN PABLO DR NE STE A
ALBURQUERQUE NM 87110

HOGAN PA
5626 CURRY FORD RD
ORLANDO FL 32822

HOLLIDAY KARATINOS PL
18920 N DALE MABRY HWY, STE 101
LUTZ FL 33548

HONG NGUYEN
UNABLE TO LOCATE

R.W. Lynch Co., Inc. -


HORST LAW FIRM
5025 S ORANGE AVE
ORLANDO FL 32809


INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
P.O. BOX 7346
PHILADELPHIA PA 19101-7346


IPFS
49 STEVENSON STREET, STE. 1275
SAN FRANCISCO CA 94105


IRWIN & MORRIS LLC
183 MIDDLE ST
PORTLAND ME 04112


ISOUTSOURCED
9633 S 48TH ST #180,
PHOENIX AZ 85044


IT LOGIC
P.O.BOX 30894
KAMPALA, UGANDA


J RICHARDS LAW OFFICES, LLC
133 EGARFILED AVE
MILWAUKEE WI 53212


JACK PLLOWAY
130 MAPLE AVE
RED BACK NJ 07710


JACOBY AND MEYERS LAW OFFICES
ATTN: VERA HAVHANNISYAN
10900 WILSHIRE BLVD, 15TH FLOOR
LOS ANGELES CA 90024


JADE LYNCH
5120 KELTON LANE
SCOTTSDALE AZ 85254


JAMES SHIKANY ATTORNEY AT LAW
13100 SE SUNNYSIDE RD STE B
CLACKAMAS OR 97015

R.W. Lynch Co., Inc. -

JAMES VAUGHT LAW OFFICE
2393 ALUMNI DR #204
LEXINGTON KY 40517


JANICE ELGIN
315 S 6TH AVE # 35
AVONDALE AZ 85323


JASON ERIC MESSERSMITH
12350 JEFFERSON AVE STE 300
NEWPORT NEWS VA 23602


JELIFFE, DOERGE & PHELPS
108 EAST WALNUT ST
HARRISBURG IL 62946


JENSEN LAW, LLC
6111 PEACHTREE DUNWOODY RD., G201
ATLANTA GA 30328


JERRY MARTILLOTTI AND ASSOCIATES, PC
4221 RIDGE AVE. PO BOX 18509
PHILADELPHIA PA 19129


JESS DENNIS JORDAN
2903 N WOLCOTT AVE UNIT A
CHICAGO IL 60643


JESS M GLAESER
737 SW VISTA AVE
PORTLAND OR 97205


JOEL CHAN
1425 NOIEGA STREET
SAN FRANCISCO CA 94122


JOEL CHAN
1425 NORIEGA ST
SAN FRANCISCO CA 94122


JOEL SIEGAL, ATTORNEY
235 MONTGOMERY ST, STE 800
SAN FRANCISCO CA 94104

R.W. Lynch Co., Inc. -

JOHN A MCQUEENEY LAW
55 DORRANCE ST #201
PROVIDENCE RI 02903


JOHN A. BARDELLI LAW OFFICE
606 N PINES RD #201
SPOKANE WA 99206


JOHN F MIKA ATTORNEY AT LAW
18 WAKEFIELD DR
MEDORD NJ 08055


JOHN FAGAN
1063 PARK AVE
ORANGE PARK FL 32073


JOHN H UNDERHILL
718 ASHMUN STREET
SAULT SAINTE MARIE MI 49783


JOHNSON ANDERSON & COLLINGSWORTH
201 MAIN ST STE 600
FORTH WORTH TX 76110


JONES & BOOTH
2475 NORTHWINDS PKWY, STE. 200
ALPHARETTA GA 30009


JONES KAHAN LAW
ATTN: MICHAEL KAHAN
5721 DRAGON WAY #218
CINCINNATI OH 45227


JOSEPH E WILLIAMS, JR PC
637 CHERRY ST
MACON GA 31201


JPMORGAN CHASE BANK
201 N. CENTRAL AVENUE
PHOENIX AZ 85004


JR LAW
1 COLUMBUS CENTER, STE. 635
VIRGINIA BEACH VA 23462

R.W. Lynch Co., Inc. -

JUAN VISPERAS
4058 HEIRLOOM LN.
TRACY CA 95377

JUDD SHAW INJURY LAW
3265 WESTCHESTER AVENUE
SHREWSBURY NJ 07702

KAISER PERMANENTE
214 W. HURON
CHICAGO IL 60654

KALBOUGH PFUND & MESSERSMITH
555 E MAIN ST #1200
NORFOLK VA 23510

KATHLEEN PASHOTE
13268 EMERALD BAY COURT
LATHROP CA 95330

KELLY SERVICES
960 W. ELLIOT RD., STE. 201
TEMPE AZ 85284

KENNETH L OLSEN
502 EAST TYLER STREET
TAMPA FL 33602

KENNETH WEIGEND
324 N 62ND ST.
MESA AZ 85205

KIRTON MCCONKIE PC
500 SOUTH TEMPLE STE 400
SALT LAKE CITY UT 84111

KNOX MCLAUGHLIN GORNALL & SENNETT, P.C
120 WEST TENTH ST
ERIE PA 16501

KURTZ & PETERS LAW
ATTN: JAMES PETERS
30 COURTHOUSE SQUARE 206
ROCKVILLE MD 20850

R.W. Lynch Co., Inc. -

KYONG-CHIN MUN
12109 W SAGUARO LN.
EL MIRAGE AZ 85335


LAW FIRM OF DANIEL LEE ENGLISH P.C
6355 WARD RD STE 400
ARVADA CO 80004


LAW OFFICE OF ROBERT GREGG
2024 COMMERCE ST
DALLAS TX 75201


LAW OFFICES OF ANTHONEY DEICHLER
2411 OLD CROW CANYON RD #170
SAN RAMON CA 94583


LAW OFFICES OF BENJAMIN ARSENIAN
2677 N MAIN SUITE 520
SANTA ANA CA 92705


LAW OFFICES OF CHRISTIAN C LOPIANO
86 HUDSON ST
HOBOKEN NJ 07030-5617


LAW OFFICES OF CRAIG CASTLE
2647 GATEWAY RD STE 105
CARLSBAC CA 00092-0009


LAW OFFICES OF ERIC P ESCAMILLA
561 W SHAW AVE STE 200
FRESNO CA 93704


LAW OFFICES OF FRANKLIN T WALDEN
525 SYBELIA PKWY
MAITLAND FL 32751


LAW OFFICES OF GREG GROTH
139 E. BROAD STREET
COOKEVILLE TN 38501


LAW OFFICES OF HEATHER N KAPLAN, PC
600 OLD COUNTRY RD STE 241
GARDEN CITY NY 11530

R.W. Lynch Co., Inc. -

LAW OFFICES OF JEFFREY S GLASSMAN, LLC
1 INTERNATIONAL PLACE, 18TH FLOOR
BOSTON MA 02110


LAW OFFICES OF JOHN F MIFKA
5 GREENTREE CENTER
MARLTON NJ 08053


LAW OFFICES OF JOHN HANAHAN
526 SWARTHMORE AVE
FOLSON PA 19033


LAW OFFICES OF KENNETH W DRAKE
21241 VENTURA BLVD STE 173
WOODLAND HILLS CA 91364


LAW OFFICES OF MARK BERGAL
20 N CLARK ST SUITE 1200
CHICAGO IL 60603


LAW OFFICES OF MICHAEL O SMITH
15 BROAD ST STE 800
BOSTON MA 02109


LAW OFFICES OF NINO ABATE
4850 W GLENDALE AVE
GLENDALE AZ 85301


LAW OFFICES OF NINO ABATE
4533 N. 22ND ST., UNIT 212
PHOENIX AZ 85016-0619


LAW OFFICES OF RAYMOND ANTONACCI
301 HIGHLAND AVE
WATERBURY CT 06708


LAW OFFICES OF RESSLER & TESH, PLLC
821 2ND AVE PENTHOUSE SUITE
SEATTLE WA 98104


LAW OFFICES OF RICHARD J. SCHICKER
2809 S 160TH ST #207
OMAHA NE 68130

R.W. Lynch Co., Inc. -

LAW OFFICES OF RUBEN ORTIZ
1141 EAST RIO GRANDE AVE
EL PASO TX 79902

LAW OFFICES OF SEAN S VAHDAT AND ASSOC.
1224 E KATELLA AVE #211
ORANGE CA 92867

LAW OFFICES OF VAHDAT AND ABOUDI
16255 VENTURA BLVD. SUITE 400
ENCINO CA 91436

LAW OFFICES OF WILLIAM JUSTICE WHITAKER
9516 C LEE HIGHWAY
FAIRFAX VA 22031

LAWRENCE KAHN LAW GROUP, PS
135 LAKE STREET S, SUITE 265
KIRKLAND WA 98033

LESTER SCHWAB KATZ & DWYER LLP
100 WALL STREET 27TH FLOOR
NEW YORK NY 10005-3701

LIPMAN FIRM, PC
8450 HICKMAN RD STE 16
DES MOINES IA 50325

LISA K. LYNCH
10810 N. TATUM BLVD., STE. 102-324
PHOENIX AZ 85028

LITTLER MENDELSON
333 BUSH ST., 34TH FL.
SAN FRANCISCO CA 94104

LONGO BIGGS LC
1610 DES OERES RD. #210
SAINT LOUIS MO 63131

LORI R. LYNCH
C/O JOHN E. MANOOGIAN, ESQ.
800 S. BROADWAY, STE. 304
WALNUT CREEK CA 94596

R.W. Lynch Co., Inc. -

LOWELL P MCKELVEY
3635 SW HOOD AVENUE
PORTLAND OR 97239


LOZOYA & LOZOYA
15060 VENTURA BLVD STE 211
SHERMAN OAKS CA 91403


LYNCH, SCHWAB & GASPARINI, PLLC
1441 ROUTE 22 STE 206
BREWWSTER NY 10509


MANGRUM & MANGRUM ATTORNEYS AT LAW
1025 OAKHAVEN ROAD
MEMPHIS TN 38119


MANZOOR LAW FIRM INC
3017 DOUGLAS BLVD #104
ROSEVILLE CA 95661


MARVIN MICHAEL SMITH
726 WASHINGTON ST.
DELANO CA 93215


MATHEW ALGER, ATTORNEY AT LAW, P.C
39210 ROAD 425B
OAKHURST CA 93644


MATTHEW HALE ATTORNEY AT LAW
PO BOX 405
SEAHURST WA 98062


MATTHEWS, SANDERS & SAYES PA
825 W 3RD ST
LITTLE ROCK AR 72201


MCCAFFREY AND ASSOCIATES
PO BOX 23865
OKLAHOMA CITY OK 73123


MCCARTHY LAW GROUP, PLLC
231228 VENTURA VIEW LANE
KAITY TX 77493

R.W. Lynch Co., Inc. -

MCCARTHY WILSON, LLP
ATTN: NICK ANDREWS
2200 RESEARCH BLVD SUITE 500
ROCKVILLE MD 20850


MCGAUGHEY, BRIDGES, DUNLAP PLLC
313 WESTERN AVE STE 401
SEATTLE WA 98121


MEDIATION AND LAW OFFICES OF BRADLEY BOS
1300 CLAY ST STE 600
OAKLAND CA 94612


MEL W SHELANDER, ATTORNEY AT LAW PC
245 FOURTH
BEAUMONT FL 77701


MENDELSOHN LAW OFFICES
205 CHURCH ST STE 301
NEW HAVEN CT 06510


MICHELE BIGGS
9796 BELLADONNA DR.
SAN RAMON CA 94582


MINORA, KROWIAK, AND MUNLEY
ATTN: AMIL MINORA
700 VINE ST.
SCRANTON PA 18510-2441


MITCHELL WARNOCK LLC
1104 BELLEVUE AVE
DUBLIN GA 31021


MODJARRED & ASSOCIATES ,PC
212 W SPRING VALLEY RD
RICHARDSON TX 75081


MORRIN LAW OFFICE
ATTN: ROB MORRIN
214 WEST MAIN ST.
RICHMOND KY 40475

NOLL LAW FIRM
ATTN: RICHARD NOLL
33 QUEENS ST.
SYOSSET NY 11791


NORTHCRAFT, BIGBY & BIGGS, PC
819 VIRGINIA ST STE C-2
SEATTLE WA 98101


OFFICE DEPOT
6600 N. MILITARY TRAIL
BOCA RATON FL 33496


OLSONWORKS CONSULTING
71 STEVENSON ST., STE. 400
SAN FRANCISCO CA 94105


PABLO S HURTADO, P.A
3880 COLONIAL BLVD STE 2
FORT MYERS FL 33966


PARANJPE & MAHADASS LLP
3701 KIRBY DR #530
HOUSTON TX 77098


PARENTE & NOREM, P.C.
221 N. LASALLE STREET, 27TH FLOOR
CHICAGO IL 60601


PASKEL, TASHMAN & WALKER, PC
24445 NORTHWESTERN HWY #102
SOUTHFIELD MI 48075


PAUL M ORLOFF
8402 FLORENCE AVE
DOWNEY CA 90240


PEARSON LAW
ATTN: JERRY PEARSON
PO BOX 347
FOX ISLAND WA 98333


PHALEN, BICKNELL & MARKLE
200 WEST 4TH
PITTSBURG KS 66762

R.W. Lynch Co., Inc. -

PITNEY BOWES
PO BOX 371896
PITTSBURGH PA 15250

PIZANA LAW FIRM
6222 DE ZAVALA RD SUITE 101
SAN ANTONIO TX 78249

PRINCE LAW FIRM
404 NORTH MONROE ST
MARION IL 62959

PRINCIPAL FINANCIAL GROUP
801 GRAND AVENUE
DES MOINES IA 50309

PROSPERITY LAWYERS PC LAW FIRM
8515 MANASSAS DR SUITE 102
MANASSAS VA 20111

QUANTICMINDS
C/O GLASSBERG, POLLAK & ASSOC.
1000 FOURTH ST., STE. 570
SAN RAFAEL CA 94901-3118

QUINONEZ LAW FIRM PLLC
11890 VISTA DEL SOL DR STE A115
EL PASO TX 79936

RAFAYEL LAW FIRM
15260 VENTURA BLVD STE 800
SHERMAN OAKS CA 91403

RALPH C PETTY ATTORNEY AT LAW
10 WEST BROADWAY STE 800
SALFT LAKE CITY UT 84101

RANDALL AND LISA LYNCH
10810 N. TATUM BLVD., STE. 102-324
PHOENIX AZ 85028

RANDALL E. KAY, P.C.
535 PACIFIC AVE., STE. 100
SAN FRANCISCO CA 94133

R.W. Lynch Co., Inc. -

RANDALL W. AND LISA K. LYNCH
10810 N. TATUM BLVD., STE. 102-324
PHOENIX AZ 85028

RANDALL W. LYNCH
10810 N. TATUM BLVD., STE. 102-324
PHOENIX AZ 85028

RAWSON MERRIGAN & LITNER LLP
185 DEVONSHIRE ST STE 1100
BOSTON MA 02210

REHM, BENNETT, MOORE, REHM & OCKANDER PC
3701 UNION DR STE 200
LINCOLN NE 68516

ROBERT FOSTER
3100 DEVINE ST.
COLUMBIA SC 29205

ROBERT HALF LEGAL
2375 E CAMELBACK RD, STE. 290
PHOENIX AZ 85016

ROBINSON & ALLEN PLC
48 NORTH MACDONALD
MESA AZ 85201

RODGERS KEE & CARD PS
324 WEST BAY DR NW STE 201
OLYMPIA WA 98502

RONALD E SHOLES PA
9282 ATLANTIC BLVD
JACKSONVILLE FL 32225

ROSENBAUM & WOOTON, PC
ATTN: LEE ROSENBAUM (RETIRED)
31 N TEJON ST. SUITE 316
COLORADO SPRINGS CO 80903

S K LAWYERS, PLLC
ATTN: HARYN KRAUS
98 PORTSMOUTH AVE
STRATHAM NH 03885

R.W. Lynch Co., Inc. -

SACCHETTA & BALDINO
308 E SECOND ST
MEDIA PA 19063

SALESFORCE
SALESFORCE TOWER, 3RD FLOOR
415 MISSION STREET
SAN FRANCISCO CA 94105

SAVERANCE LAW FIRM LLC
210 NORTH MAIN ST
BISHOPVILLE SC 29010

SCHNEIDER LAW OFFICES, PLLC
ATTN: BRYAN SCHNEIDER
243 MAIN ST. SUITE 250
NEW PALTZ NY 12561

SCHWARTZ BON WALKER & STUDER
141 S CENTER ST
CASPER WY 82601

SCOTT THOMAS BREWSTER
5007 MONTOYA AVE APT 28
RICHMOND CA 94805

SEIGEL, TULLY, ROUHANA & TULLY, LLC
501 FAIRMOUNT AVE STE 100
TOWSON MD 21266

SEVENISH LAW FIRM, PC
101 WEST OHIO ST STE 1540
INDIANAPOLIS IN 46204

SHAMBAUGH, KAST, BECK & WILLIAMS
229 W BERRY ST STE 400
FORT WAYNE IN 46859

SHANE SMITH LAW
3845 W EAU GALLEI BLVD STE 104
MELBOURNE FL 32934

SHEFFET & DVORIN, PC
88 POMPTON AVE
VERONA NJ 07044

R.W. Lynch Co., Inc. -

SHELANDER LAW OFFICES
245 N 4TH ST
BEAUMONT TX 77701

SHIRLEY LAW FIRM
431 NORTH COURT ST
ELBA AL 36323

SIEBEN EDMUNDS PLLC
2299 WATERS DR
MENDOTA HEIGHTS MN 55120

SIEGAL & RICHARDSON LLP
235 MONTGOMERY ST STE 1060
SAN FRANCISCO CA 94104

SILVER CAPITAL
1022 AVENUE M
BROOKLYN NY 11230

SINCLAIR BROADCAST GROUP
10706 BEAVER DAM ROAD
COCKEYSVILLE MD 21030

SISNEROS
847 SANSOME ST STE 200
SAN FRANCISCO CA 94111

SMITH DOLLAR
418 B STREET, FOURTH FLOOR
ALAMEDA CA 94501

SOMOS
TWO TOWER CENTER BLVD.
20TH FLOOR
EAST BRUNSWICK NJ 08816

SOUTH SHOR INJURY ATTORNEYS
ATTN: FRANK MORA
PO BOX 3605
APOLLO BEACH FL 33572

SPALL, RYDZWSKI, ANDERSON, LALLEY & TUNN
2573 ROUTE C
HAWLEY PA 18428

R.W. Lynch Co., Inc. -


SPENCE LAWYERS
ATTN: DENNIS K WALLIN
1600 MOUNTAIN RD NW
ALBUQUERQUE NM 87104


SPERLING LAW OFFICES, LLC
100 EAST WISCONSIN AVE STE 1020
MILWAUKEE WI 53202


STATE OF CALIFORNIA - EDD
745 FRANKLIN STREET, SUITE 400
SAN FRANCISCO CA 94120


STATE OF CALIFORNIA -LABOR COMMISSIONER
1515 CLAY ST., STE. 801
OAKLAND CA 94612


STEIN AND TROIANI, PC
ATTN: MICHAEL TROIANI
166 EAST LEVERING MILL ROAD SUITE 205
BALA CYNWYD PA 19004


STEVEN A. EDIGER
4800 RAINBOW BLVD
MISSION KS 66205


STRAUCH, GREEN & MISTRETTA PC
911 PAVESRSTONE DR STE F
RALEIGH NC 27615


SUPINKA & SUPINKA PC
983 PHILADELPHIA ST
INDIANAPOLIS PA 15701


SUTHERLAND & BELK, PLLC
2505 21ST AVE. S
SUITE 400
NASHVILLE TN 37212


SUTHERLAND & BELSK, PLLC
2505 21ST AVE S, STE 400
NASHVILLE TN 37212

R.W. Lynch Co., Inc. -


SUTTON & SMYTH LLP
99 WALL ST, STE. 1934
NEW YORK NY 10005


SVINGEN CLINE & LARSON
125 S MILL ST
FERGUS FALLS MN 56537


SWARTZ CULLETON PC
547 WASHINGTON AVE
NEWTOWN PA 18940


SZABO ASSOCIATES
3355 LENOX RD., N.E., STE. 945
ATLANTA GA 30326


TALLEY, TURNER & BERTMAN LAW OFFICES
219 EAST MAIN ST
NORMAN OK 73069


TAYLOR KING LAW
410 N THOMPSON STREET STE B
SPRINGDALE AR 72764


TEPERMAN AND TEPERMAN LLC
15 EAST 40TH ST., STE. 800
NEW YORK NY 10016


THE BERRY LAW FIRM
ATTN: ERIK FERN
6940 O STREET, SUITE 400, PO BOX 4554
LINCOLN NE 68510


THE BOOKER LAW FIRM
4801 WOODWAY DR SUITE 300E
HOUSTON TX 77056


THE DECKER LAW FIRM PC
472 BARTRAM STREET
ATLANTA GA 30316


THE EMORY LAW FIRM, P.C.
11020 DAVID TAYLOR DR. SUITE #102
CHARLOTTE NC 28262

R.W. Lynch Co., Inc. -

THE KAHN LAW FIRM
ATTN: JENNIFER HODGES
2225 COUNTY ROAD 90, SUITE 109
PEARLAND TX 77584


THE LAW OFFICE OF TROY P OWENS, JR.
2400 FENTON ST STE 216
CHULA VISTA CA 91914


THE LAW OFFICES OF JAMES VASQUEZ PC
433 CLIFTON AVE
CLIFTON NJ 07011


THE LAW OFFICES OF SEAN C DONOHUE
111 HUNTINGTON ST STE 1
LONDON CT 06320


THE MARK LAW FIRM LLC
403 KING GEORGE RD STE 201
BASKING RIDGE NJ 07920


THE MASSEY LAW FIRM PC
14300 N NORTHSIGHT BLVD STE 105
SCOTTSDALE AZ 85260


THE ORLANDO LAW GROUP PI
12301 LAKE UNDERHILL RD STE 213
ORLANDO FL 32828


THE PEARSON LAW FIRM PS
165 NORTHEAST JUNIPER STE 200
ISSAQUAH WA 98207


THE PIRNIA LAW GROUP, PROFESSIONAL CORPO
8549 WILSHIRE BLVD STE 1193
BEVERLY HILLS CA 90211


THE PRYOR LAW FIRM, LL
ATTN KENNETH A. PRYOR
666 OLD COUNTRY RD., STE. 305
GARDEN CITY NY 11530

R.W. Lynch Co., Inc. -

THE PRYOR LAW FIRM, LLC
ATTN: KENNETH A. PRYOR
186 JORALEMON ST., SUITE 701
BROOKLYN NY 11201

THE RUSSO FIRM
ATTN: RICHARD RUSSO
3119 NEWTON AVE #7
ASTORIA NY 11102

TIM PIZZITOLA
13475 N 103RD WAY
SCOTTSDALE AZ 85260

TRAVELERS INSURANCE
C/O VERLIANCE INC.
43406 BUSINESS PARK DRIVE
TEMECULA CA 92590

TTB LAW
ATTN: JOSH TURNER
219 EAST MAIN STREET
NORMAN OK 73069

UNION BANK
350 CALIFORNIA STREET
SAN FRANCISCO CA 94104

UNITED HEALTHCARE
C/O HINSHAW LAW
ONE CALIFORNIA ST., 18TH FLOOR
SAN FRANCISCO CA 94111

USA800
THE RESULTS COMPANIES
100 NE THIRD AVENUE, STE. 200
FORT LAUDERDALE FL 33301

VALLE MAKOFF LLP
388 MARKET STREET, SUITE 1300
SAN FRANCISCO CA 94111

VASILAROS & WAGNER
721 BEVILLE RD
SOUTH DAYTONA 32119

R.W. Lynch Co., Inc. -

VERIZON
500 TECHNOLOGY DRIVE, STE. 550
SAINT CHARLES MO 63304

VG LAW
633 SE 3RD AVE SUITE 302
FORT LAUDERDALE FL 33301

WALLIN HUSS & MENDEZ LAW FIRM LLC
PO BOX 696
MORIARTY NM 87035-0696

WARREN & SIMPSON, P.C
105 NORTH SIDE SQUARE
HUNTSVILLE AL 35801

WAYNE LYNCH
563 CENTER STREET
PHOENIX AZ 85042

WEIGEL BROADCASTING CO.
C/O MICHAEL GULLEY, SZABO ASSOCIATES
3355 LENOX RD NE, STE. 945
ATLANTA GA 30326

WIGOD AND FALZON P.C.
ATTN: LAWRENCE FALZON
25899 W 12 MILE RD SUITE 200
SOUTHFIELD MI 48034

WILLIAM ENOCH ANDREWS
222 S. MAIN STREET, STE. 500
SALT LAKE CITY UT 84101

WILLIAM G SKEMP LAW SC
123 SOUTH SEVENTH ST PO BOX 519
LA CROSSE WI 54602

WILLIAM JOHN FAHRES
31105 FALLEN FALCON TRAIL
OAK CREEK CO 80467

WINDSTREAM
4001 NORTH RODNEY PARHAM RD., STE. 101
LITTLE ROCK AR 72212

R.W. Lynch Co., Inc. -


YAHOO/BING
701 FIRST AVENUE
SUNNYVALE CA 94089


YP DEP YELLOW PAGES AKA THRYV
2200 W. AIRFIELD DRIVE
P.O. BOX 619810
DALLAS TX 75261


ZELENITZ, SHAPIRO & D'AGOSTINO, P.C
138-44 QUEENS BLVD 2ND FLOOR
BRIARWOOD NY 11435


ZINDER & KOCH PLC
700 N BRAND BLVD. #400
GLENDALE CA 91203


ZUNIGA LAW FIRM
603 W. 12TH STREET
AUSTIN TX 78701

# United States Bankruptcy Court
### District of Arizona

In re __R.W. Lynch Co., Inc.__

Debtor(s)

Case No. _____

Chapter __7__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __R.W. Lynch Co., Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__June 17, 2020__

Date

__/s/ Bradley D. Pack__

**Bradley D. Pack 023973**

Signature of Attorney or Litigant

Counsel for __R.W. Lynch Co., Inc.__

**Engelman Berger, P.C.**
**2800 North Central Avenue**
**Suite 1200**
**Phoenix, AZ 85004**
**602.271.9090 Fax:602.222.4999**
**bdp@eblawyers.com**